Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Peter E. Root (State Bar No. 142348)
Email address: peter.root@kayescholer.com
Stephen C. Holmes (State Bar No. 200727)
Email address: Stephen.holmes@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone:    (650) 319-4500
Facsimile:    (650) 319-4700

Attorneys for Defendants/Counterclaim-Plaintiffs
Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,<br><br>　　　　Defendants/<br>　　　　Counterclaim-Plaintiffs,<br><br>　　v.<br><br>VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Counterclaim-Defendants,<br><br>　　and<br><br>ISIS INNOVATION LIMITED,<br><br>　　　　Nominal Counterclaim-Defendant. | Case No. 4:12-cv-00865-SI<br><br>**PROOF OF SERVICE** |

KAYE SCHOLER LLP

PROOF OF SERVICE                                             Case No. 4:12-cv-00865-SI

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 3000 El Camino Real, 2 Palo Alto Square, Suite 400, Palo Alto, California 94306. I am employed by a member of the Bar of this Court at whose direction the service was made.

On March 15, 2012 I served ANSWER AND COUNTERCLAIMS OF DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS SEQUENOM, INC. AND SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC on counsel for Isis Innovation Limited, as follows:

Dwight Kinsey
Email: dkinsey@ssbb.com
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

C. Todd Norris
Email: toddnorris@bullivant.com
Boulivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108-2823

__X__ **(BY MAIL)** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above. I am readily familiar with the practice of Kaye Scholer LLP for correspondence for delivery by U.S. Mail. According to that practice, items are placed in a U.S. Post Office box authorized by the U.S. Postmaster.

___ **(BY OVERNIGHT DELIVERY)** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or delivered it to an authorized courier or driver authorized by the carrier to receive documents, with delivery fees paid.

___ **(BY FAX TRANSMISSION)** Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax numbers listed above. The transmission was reported as complete and without error. A copy of the record of the fax transmission, which I printed out, is attached.

___ **(BY PERSONAL SERVICE)** I personally delivered the document(s) to the person(s) at the address(es) listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document(s) in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the document(s) at the party's residence with some person not less than 18 years of age between the hours of 8:00 a.m. and 6:00 p.m.

1

PROOF OF SERVICE    Case No. 4:12-cv-00865-SI

__ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I transmitted the document(s) electronically to the person(s) at the e-mail address(es) listed above. The transmission was reported as complete and without error.

Executed March 15, 2012, at Palo Alto, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Dianne Meek

PROOF OF SERVICE                                              Case No. 4:12-cv-00865-SI