UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,<br><br>　　　　Defendants/<br>　　　　Counterclaim-Plaintiffs,<br><br>　v.<br><br>VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Counterclaim-Defendants,<br><br>　and<br><br>ISIS INNOVATION LIMITED,<br><br>　　　　Nominal Counterclaim-<br>　　　　Defendant　　　　　／ | CASE NO. 4:12-cv-00865-SI<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　　**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

　　　　**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

////
////
////
////

1394449_1

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 30th March 2012

Paresh Jasani
ISIS INNOVATION LIMITED

Dated: March 29, 2012

Mario Aieta
Satterlee, Stephens, Burke & Burke LLP
*Attorneys for Isis Innovation Limited*

1394449_1