UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY

Plaintiff,

v.

SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,

Defendants/ Counterclaim-Plaintiffs,

v.

VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,

Counterclaim-Defendants,

and

ISIS INNOVATION LIMITED,

Nominal Counterclaim-Defendant.

CASE NO. 4:12-cv-00865-SI

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mario Aieta, whose business address and telephone number is Satterlee Stephens Burke & Burke, LLP, 230 Park Avenue, Suite 1130, New York, NY 10169 Office: 212-818-9200 and who is an active member in good standing of the bar of the Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Isis Innovation Limited.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1394540_1

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.
3
4 | Dated: ___4/2/12___       _____
                                                      United States District Judge

1394540_1