IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATERA,<br><br>            Plaintiff,<br><br>  v.<br><br> SEQUENOM, INC,<br><br>            Defendant. | No. C 12-00132SI<br>**AND RELATED CASES:**<br>C-12-0132 SIM  C-12-0865 SI<br><br>**CLERK'S NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all previously scheduled case management conferences have been vacated and consolidated for hearing on Friday, June 29, 2012, at 2:30 p.m. A joint case management conference shall be filed in each case one week prior to the conference.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: April 3, 2012                                                                    RICHARD W. WIEKING, Clerk

                                                                                                        Tracy Kasamoto
                                                                                                        Deputy Clerk