EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiffs/Counterclaim-Defendants
VERINATA HEALTH, INC. and THE BOARD OF
TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,<br><br>Defendants/Counterclaim-Plaintiffs,<br><br>v.<br><br>VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Counterclaim-Defendants,<br><br>and<br><br>ISIS INNOVATION LIMITED,<br><br>Nominal Counterclaim-Defendant. | Case No. 3:12-cv-00865-SI<br><br>**ANSWER OF PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS VERINATA HEALTH, INC. AND THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY TO SEQUENOM, INC. AND SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC'S COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

# ANSWER

Plaintiffs and Counterclaim-Defendants Verinata Health, Inc. ("Verinata") and The Board of Trustees of the Leland Stanford Junior University ("Stanford"), through their undersigned counsel, hereby answer the Counterclaims ("Counterclaims") of Defendants and Counterclaim-Plaintiffs Sequenom Inc. ("Sequenom") and Sequenom Center for Molecular Medicine, LLC ("Sequenom CMM") (collectively "Defendants") as follows:

## NATURE OF THE ACTION

1. Paragraph 1 of the Counterclaims alleges legal conclusions to which no response is required. To the extent a response is required, Verinata denies the allegations of Paragraph 1.

2. Paragraph 2 of the Counterclaims alleges Defendants' purported purpose in filing this action, to which no response is required. To the extent a response is required, Verinata and Stanford deny that Defendants have any cognizable basis for filing the present action and deny the allegations in paragraph 2 of the Counterclaims.

## THE PARTIES

3. Verinata and Stanford admit, upon information and belief, that Sequenom is a Delaware corporation with its principal place of business at 3595 John Hopkins court, San Diego, California 92121.

4. Verinata and Stanford admit, upon information and belief, that Sequenom CMM is a wholly-owned subsidiary of Sequenom. Verinata and Stanford lack the knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 4 of the Counterclaims and therefore deny those allegations.

5. Verinata and Stanford admit that Verinata is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 800 Saginaw Drive, Redwood City, California 94063.

6. Verinata and Stanford admit that Verinata has conducted business and research activities in this Judicial District. Except as so admitted, Verinata and Stanford deny the remaining allegations in paragraph 6 of the Counterclaims.

7. Verinata and Stanford admit that Stanford is a trust possessing corporate powers

that is organized under the laws of California, with a principal place of business at the Office of the President, Building 10 Main Quad, Stanford, California 94305.

8. Verinata and Stanford admit that Stanford is the owner and licensor of United States Patent Nos. 8,008,018 (the "'018 patent") and 7,888,017 (the "'017 patent") and that Stanford is joined as a necessary party. Except as so admitted, Verinata and Stanford deny the remaining allegations in paragraph 8 of the Counterclaims.

9. Verinata and Stanford lack the knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Counterclaims, and therefore deny those allegations.

**JURISDICTION AND VENUE**

10. Verinata and Stanford admit that this Court has jurisdiction over Defendants' claims, but denies that there is any basis for such claims. Except as so admitted, Verinata and Stanford deny the allegations in paragraph 10 of the Counterclaims.

11. Verinata and Stanford admit that this Court has personal jurisdiction over Verinata.

12. Verinata and Stanford admit that this Court has personal jurisdiction over Stanford.

13. Verinata and Stanford lack the knowledge or information sufficient to form a believe as to the truth of the allegations in paragraph 13 of the Counterclaims, and therefore deny those allegations.

14. Verinata and Stanford admit that venue is proper in this judicial district.

**FACTUAL BACKGROUND**

**The '540 Patent, Exclusively Licensed By Sequenom**

15. Verinata admits that a copy of the '540 patent was attached to the Answer and Counterclaims as Exhibit 1. Except as so admitted, Verinata denies the allegations in paragraph 15 of the Counterclaims.

16. Paragraph 16 of the Counterclaims alleges legal conclusions, to which no response is required. To the extent a response is required, Verinata denies the allegations in paragraph 16

of the Counterclaims.

17. Verinata admits that, on information and belief, Sequenom and Sequenom CMM began offering a commercial non-invasive prenatal test for Down syndrome under the trade name MaterniT21 in or around October 2011. Verinata lacks the knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 17 of the Counterclaims, and therefore denies those allegations.

## **Verinata and its verifi™ Prenatal Test**

18. Verinata and Stanford admit that Verinata was formerly known as Artemis Health, Inc., which was founded in 2002. Verinata and Stanford admit that Verinata's facilities are located in Redwood City, California. Verinata and Stanford admit that Verinata offers the verifi™ prenatal test. Except as so admitted, Verinata and Stanford deny the allegations in paragraph 18 of the Counterclaims.

19. Verinata and Stanford admit that the verifi™ prenatal test for detection of fetal aneuploidies is being offered for use in this District and has been used in this District to conduct clinical studies. Except as so admitted, Verinata and Stanford deny the allegations in paragraph 19 of the Counterclaims.

20. Verinata and Stanford admit that Verinata is using, selling, and/or offering for sale its verifi™ prenatal test in this District. Except as so admitted, Verinata and Stanford deny the allegations in paragraph 20 of the Counterclaims.

21. Verinata and Stanford admit that the words specifically quoted in paragraph 21 of the Counterclaims currently appear on Verinata's website. Except as so admitted, Verinata and Stanford deny the allegations in paragraph 21 of the Counterclaims.

22. Verinata and Stanford admit that the words specifically quoted in paragraph 22 of the Counterclaims currently appear on Verinata's website. Except as so admitted, Verinata and Stanford deny the allegations in paragraph 22 of the Counterclaims.

23. Verinata and Stanford admit the allegations in paragraph 23 of the Counterclaims.

24. Verinata and Stanford admit that the paper entitled Genome-Wide Fetal Aneuploidy Detection by Maternal Plasma DNA Sequencing, by Bianchi et al., was published

1 online in the journal *Obstetrics & Gynecology* in February 2012.

2     25. Verinata denies the allegations in paragraph 25 of the Counterclaims, and
3 specifically denies that Verinata's prenatal testing uses the methods claimed in the '540 patent.

### **Verinata's and Stanford's '017 and '018 Patents**

5     26. Verinata and Stanford admit the allegations in paragraph 26 of the Counterclaims.

6     27. Verinata and Stanford admit the allegations in paragraph 27 of the Counterclaims.

7     28. Pursuant to license agreements with Stanford, Verinata obtained exclusive licenses
8 to the '017 and '018 patents in the field of genetic analysis by nucleic acid sequencing. Except as
9 so admitted, Verinata and Stanford deny the allegations in paragraph 28 of the Counterclaims.

10     29. Verinata and Stanford deny the allegations in paragraph 29 of the Counterclaims,
11 and specifically deny the allegation that Sequenom's MaterniT21$^{TM}$ test has not, does not and will
12 not infringe, directly or indirectly, by inducement or contributorily, any claims of the '017 and
13 '018 patents.

14     30. Verinata and Stanford deny the allegations in paragraph 30 of the Counterclaims,
15 and specifically deny the allegation that the claims of the '017 patent are invalid.

16     31. Verinata and Stanford deny the allegations in paragraph 31 of the Counterclaims,
17 and specifically deny the allegation that the claims of the '018 patent are invalid.

### **COUNT 1**

### **(Infringement of United States Patent No. 6,258,540 by Verinata)**

20     32. As its answer to paragraph 32 of the Counterclaims, Verinata repeats and realleges
21 its responses to paragraphs 1-31 of the Counterclaims as fully set forth above.

22     33. Verinata denies the allegations in paragraph 33 of the Counterclaims.

23     34. Verinata denies the allegations in paragraph 34 of the Counterclaims.

24     35. Verinata denies the allegations in paragraph 35 of the Counterclaims.

### **COUNT II**

### **(Non-Infringement and Invalidity of United States Patent No. 7,888,017)**

27     36. As their answer to paragraph 36 of the Counterclaims, Verinata and Stanford
28 repeat and reallege their responses to paragraphs 1-35 of the Counterclaims as fully set forth

1 above.

2     37. Verinata and Stanford admit that an actual and justiciable controversy exists as to
3 whether Sequenom and Sequenom CMM infringe the '017 patent. Except as so admitted,
4 Verinata and Stanford deny the allegations in paragraph 37 of the Counterclaims.

5     38. Verinata and Stanford deny the allegations in paragraph 38 of the Counterclaims
6 and specifically deny that Sequenom is entitled to the declaration it seeks.

7     39. Verinata and Stanford deny the allegations in paragraph 39 of the Counterclaims
8 and specifically deny that Sequenom is entitled to the declaration it seeks.

9 <center>**COUNT III**</center>

10 <center>**(Non-Infringement and Invalidity of United States Patent No. 8,008,018)**</center>

11     40. As their answer to paragraph 40 of the Counterclaims, Verinata and Stanford
12 repeat and reallege their responses to paragraphs 1-39 of the Counterclaims as fully set forth
13 above.

14     41. Verinata and Stanford admit that an actual and justiciable controversy exists as to
15 whether Sequenom and Sequenom CMM infringe the '018 patent. Except as so admitted,
16 Verinata and Stanford deny the allegations in paragraph 41 of the Counterclaims.

17     42. Verinata and Stanford deny the allegations in paragraph 42 of the Counterclaims
18 and specifically deny that Sequenom is entitled to the declaration it seeks.

19     43. Verinata and Stanford deny the allegations in paragraph 43 of the Counterclaims
20 and specifically deny that Sequenom is entitled to the declaration it seeks.

21 <center>**RESPONSE TO PLAINTIFFS' PRAYER FOR RELIEF**</center>

22     44. Verinata and Stanford deny that Sequenom or Sequenom CMM are entitled to any
23 relief whatsoever, including the relief stated in paragraphs A to L in the Counterclaims, from
24 either Verinata, Stanford or the Court, either as prayed for in the Counterclaims or otherwise.

25 <center>**GENERAL DENIAL**</center>

26     45. Verinata and Stanford further deny each and every allegation in the Counterclaims
27 that is not specifically admitted, denied or otherwise responded to in this Answer.

28

**DEFENSES**

Verinata alleges and asserts the following defenses in response to the allegations in the Counterclaims.

**First Defense (Non-Infringement)**

46. Verinata has not infringed and does not infringe, either directly, indirectly, contributorily, by inducement, or in any other manner, either literally or under the doctrine of equivalents, any valid or enforceable claim of the '540 patent.

**Second Defense (Invalidity)**

47. One or more claims of the '540 patent are invalid for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability under Title 35 of the United States Code, including without limitation, §§ 101, 102, 103, 112, and 116.

**Third Defense (Estoppel)**

48. Sequenom and Sequenom CMM's claims are barred in whole or in part by the equitable doctrines of estoppel, disclaimer, and/or waiver.

**Fourth Defense (Damages Limitation)**

49. Any potential recovery by Sequenom and/or Sequenom CMM is limited by various damages limitations, including, without limitation 35 U.S.C. §§ 286 and/or 287.

**Fifth Defense (Failure to State a Claim)**

50. To the extent Sequenom and Sequenom CMM seek injunctive relieve for alleged infringement, the relief sought by Sequenom and Sequenom CMM is unavailable because any alleged injury to Sequenom and/or Sequenom CMM is not immediate or irreparable and because Sequenom and Sequenom CMM have an adequate remedy at law for any alleged injury.

**Sixth Defense**

51. Verinata reserves the right to plead other defenses that might arise during the course of this litigation.

| | | |
|---|---|---|
| 1 | Dated: April 9, 2012 | EDWARD R. REINES (Bar No. 135960)<br>DEREK C. WALTER (Bar No. 246322)<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000 |

By:     */s/ Edward R. Reines*
            Edward R. Reines
          Attorneys for Plaintiffs