C. Todd Norris (State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA 94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Mario Aieta (*pro hac vice*)
maieta@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone: (212) 818-9200
Fax: (212) 818-9606

Attorneys for Nominal Counterclaim Defendant
ISIS INNOVATION LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>  Plaintiffs,<br>  v.<br><br>SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,<br><br>  Defendant/<br>  Counterclaim-Plaintiff,<br>  v.<br><br>VERINATA HEALTH, INC., AND THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>  Counterclaim-Defendants,<br>  v.<br><br>ISIS INNOVATION LIMITED,<br><br>  Nominal Counterclaim-Defendant, | Case No. 4:12-cv-00865-SI<br><br>**ISIS INNOVATION, LIMITED'S ANSWER TO THE THIRD PARTY COMPLAINT OF SEQUENOM, INC. AND SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC** |

Nominal Counterclaim–Defendant Isis Innovation Limited ("Isis"), through its undersigned counsel, hereby answers the Third Party Complaint of Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC (Docket No. 15, denominated "Answer and Counterclaims of Defendants and Counterclaim-Plaintiffs Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC" and hereinafter referred to as the "Counterclaim"), as follows:

1. Isis admits the allegations of paragraphs 1 through 4 of the Counterclaim.

2. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 5 through 8 of the Counterclaim.

3. Isis admits the allegations of the first sentence of paragraph 9 of the Counterclaim. Isis further admits that it has thus far not agreed to Sequenom's request that Isis join this lawsuit. The remaining allegations of paragraph 9 state legal conclusions that do not require an answer.

4. The allegations of paragraph 10 of the Counterclaim state legal conclusions as to which no answer is required.

5. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 11 of the Counterclaim.

6. Isis admits the allegations of paragraph 12 of the Counterclaim

7. In response to the allegations of paragraph 13 of the Counterclaim, Isis admits that this Court has personal jurisdiction over Isis because Isis hereby consents to the jurisdiction of this Court for the purposes of adjudicating the claims and defenses that may be properly asserted in this action by the parties to this action. Isis denies that it has purposely availed itself of the privilege of conducting activities within this State and District.

8. The allegations of paragraph 14 of the Counterclaim state legal conclusions as to which no answer is required.

9. Isis admits the allegations of paragraphs 15 and 16 of the Counterclaim.

10. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 17 through 25 of the Counterclaim.

11. Isis admits the allegations of paragraphs 26 and 27 of the Counterclaim.

12. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 28 through 31 of the Counterclaim.

13. In response to paragraph 32 of the Counterclaim, Isis repeats and realleges the foregoing paragraphs as if fully set forth herein.

14. Isis is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 33 through 35 of the Counterclaim.

15. In response to paragraph 36 of the Counterclaim, Isis repeats and realleges the foregoing paragraphs as if fully set forth herein.

16. Isis admits the allegations of paragraphs 37 through 39 of the Counterclaim.

17. In response to paragraph 40 of the Counterclaim, Isis repeats and realleges the foregoing paragraphs as if fully set forth herein.

18. Isis admits the allegations of paragraphs 41 through 43 of the Counterclaim.

19.

Respectfully submitted,

Dated: April 9, 2012        SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
    Mario Aieta
    (*pro hac vice*)
    maieta@ssbb.com
SATTERLEE STEPHENS BURKE &BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

Isis Answer to Third Party Complaint                    Case No.4:12-cv-00865-SI

1400380_1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C. Todd Norris
(State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA   94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Attorneys for Nominal Counterclaim Defendant
ISIS INNOVATION LIMITED