C. Todd Norris (State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA  94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Mario Aieta (*pro hac vice*)
maieta@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

Attorneys for Nominal Counterclaim Defendant
ISIS INNOVATION LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,<br><br>　　　　Defendant/<br>　　　　Counterclaim-Plaintiff,<br>　　v.<br><br>VERINATA HEALTH, INC., AND THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Counterclaim-Defendants,<br>　　v.<br><br>ISIS INNOVATION LIMITED,<br><br>　　　　Nominal Counterclaim-Defendant, | Case No. 4:12-cv-00865-SI<br><br>**ISIS INNOVATION, LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. RULE 7.1(a) AND CIVIL L.R. 3-16** |

Isis's Cert. of Interested Entities or Persons Pursuant to F.R.C.P. Rule 7.1(a) and Civil L.R. 3-16　　　Case No. 4:12-cv-00865-SI

1401289_1

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: the University of Oxford; James Stephen Wainscoat; Yuk-Ming Dennis Lo; Oxford Radcliffe Hospital Trust; Chinese University of Hong Kong.

Pursuant to Federal Rule of Civil Procedure 7.1, Isis Innovation Limited is a wholly owned subsidiary of the University of Oxford.

Respectfully submitted,

Dated: April 9, 2012

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
  Mario Aieta
  (*pro hac vice*)
  maieta@ssbb.com
SATTERLEE STEPHENS BURKE &BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9606

C. Todd Norris
(State Bar No. 181337)
todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA   94108-2823
Phone: 415.352.2700
Fax: 415.352.2701

Attorneys for Nominal Counterclaim Defendant
ISIS INNOVATION LIMITED

Isis's Cert. of Interested Entities or Persons Pursuant to F.R.C.P. Rule 7.1(a) and Civil L.R. 3-16   Case No. 4:12-cv-00865-SI

1401289_1