Michael J. Malecek (State Bar No. 171034)
Email address: michael.malecek@kayescholer.com
Peter E. Root (State Bar No. 142348)
Email address: peter.root@kayescholer.com
Stephen C. Holmes (State Bar No. 200727)
Email address: Stephen.holmes@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Defendants/Counterclaim-Plaintiffs
Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC, <br><br> Defendants/ Counterclaim-Plaintiffs, <br><br> v. <br><br> VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Counterclaim-Defendants, <br><br> and <br><br> ISIS INNOVATION LIMITED, <br><br> Nominal Counterclaim-Defendant. | Case No. 3:12-cv-00865-SI <br><br> **NOTICE OF APPEARANCE OF SEAN BOYLE** |

NOTICE OF APPEARANCE OF SEAN BOYLE                            Case No. 3:12-cv-00865-SI

1  Pursuant to General Order 45 at paragraph IV(C)(1), notice is hereby given of the
appearance of Sean Boyle as counsel for Defendant and Counterclaim-Plaintiffs Sequenom,
Inc. and Sequenom Center for Molecular Medicine, LLC in the above-captioned matter.  Mr.
Boyle's contact information is below:

> Sean Boyle (SBN 238128)
> Kaye Scholer LLP
> 2 Palo Alto Square, Suite 400
> 3000 El Camino Real
> Palo Alto, California 94306
> Telephone:   (650) 319-4500
> Facsimile:    (650) 319-4700
> Email:          sean.boyle@kayescholer.com

Please serve copies of all notices and documents issued by the Court and filed by the parties upon Mr. Boyle.

Dated:  June 11, 2012            Respectfully submitted,

KAYE SCHOLER LLP


By: _/s/ Sean Boyle_____
     Sean Boyle
Attorneys for Defendant and
Counterclaim-Plaintiffs
SEQUENOM, INC. and SEQUENOM CENTER
FOR MOLECULAR MEDICINE, LLC