IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., et al., | No. C 12-00865 SI |
| Plaintiffs, | **ORDER GRANTING IN PART MOTION TO COMPEL** |
| v. | |
| SEQUENOM, INC., et al., | |
| Defendants. | |

Currently before the Court is defendant Sequenom's motion to compel plaintiff Verinata to produce any non-privileged documents regarding the negotiation of plaintiff Stanford University's licenses with Verinata and Fluidigm, as well as compelling Verinata to list any privileged and withheld documents on a privilege log. Docket No. 51. Verinata argues these documents should be produced in advance of the November 1, 2012 deposition of Dr. Stephen Quake, one of the inventors of a patent at issue. Verinata opposes the motion, arguing that the significant burden of reviewing and logging this extensive set of communications – all of which may be privileged or otherwise protected from disclosure – outweighs their minimal relevance to claim construction.

The Court has reviewed the parties' positions and finds that the information sought is not relevant to claim construction and, therefore, need not be produced in advance of Dr. Quake's deposition.[1] However, the Court recognizes that non-privileged documents may be relevant to damages

---

[1] As such, this Order provides no basis to delay the taking of Dr. Quake's deposition. If, however, documents produced by plaintiffs after Dr. Quake's deposition raise the need, Sequenom may seek to redepose Dr. Quake if good cause can be shown.

and privileged documents may be relevant to damages and discoverable if certain issues are put into dispute by plaintiff. As such, the Court GRANTS Sequenom's motion to compel the production of non-privileged documents and production of a privilege log. Verinata must produce the documents and log on or before **January 14, 2012**. Sequenom and Verinata shall work in good faith to reach agreement to reduce the amount of privileged documents Verinata needs to log, consistent with Sequenom's prior offer.[2]

**IT IS SO ORDERED.**

Dated: October 15, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

[2] Sequenom may still challenge the adequacy of the privilege log produced, for example, if Verinata's log does not provide sufficient information for Sequenom to determine whether a privilege has been properly asserted. Sequenom may also challenge the designation and withholding of specific documents.

2