| | |
|---|---|
| Michael J. Malecek (State Bar No. 171034)<br>michael.malecek@kayescholer.com<br>Peter E. Root (State Bar No. 142348)<br>peter.root@kayescholer.com<br>Stephen C. Holmes (State Bar No. 200727)<br>stephen.holmes@kayescholer.com<br>KAYE SCHOLER LLP<br>Two Palo Alto Square, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700 | Edward R. Reines (State Bar No. 135960)<br>edward.reines@weil.com<br>Derek C. Walter (State Bar No. 246322)<br>Email: derek.walter@weil.com<br>Michele A. Gauger (State Bar No. 281769)<br>michele.gauger@weil.com.<br>WEIL GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| Attorneys for Defendants<br>SEQUENOM, INC. and<br>SEQUENOM CENTER FOR<br>MOLECULAR MEDICINE LLC | Attorneys for Plaintiffs<br>VERINATA HEALTH, INC. and<br>THE BOARD OF TRUSTEES OF THE<br>LELAND STANFORD JUNIOR UNIVERSITY |

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR MEDICINE LLC,<br><br>　　　　　Defendants/Counterclaim-Claimants,<br><br>　v.<br><br>VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　　Counterclaim-Defendants,<br><br>and<br><br>ISIS INNOVATION LIMITED<br><br>　　　　　Nominal Counterclaim-Defendant. | Case No. 3:12-cv-00865-SI<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT REGARDING VERINATA PATENTS-IN-SUIT**<br><br>Claim Construction Hearing:<br>February 21, 2013　　3:30 p.m.<br><br>Judge:　Hon. Susan Illston |

Pursuant to Northern District of California Patent Local Rule 4-3, Verinata Health, Inc. ("Verinata"), The Board of Trustees of the Leland Stanford Junior University ("Stanford"), Sequenom, Inc. and Sequenom Center for Molecular Medicine LLC (collectively, "Sequenom") and Isis Innovation Limited ("Isis") jointly submit this Joint Claim Construction and Prehearing Statement.

## I. PROPOSED CLAIM CONSTRUCTIONS AND SUPPORTING EVIDENCE

Pursuant to Patent Local Rule 4-2(c), the parties have met and conferred regarding the submission of this Joint Claim Construction and Prehearing Statement. The proposed constructions and supporting evidence for U.S. Pat. Nos. 7,888,017 ("the '017 patent"), 8,008,018 ("the '018 patent"), and 8,195,415 ("the '415 patent"), including agreed constructions, are identified in Exhibits A to C hereto, respectively.

### A. Construction of Terms on Which the Parties Agree

Pursuant to Patent Local Rule 4-3(a), the parties identify the following terms and corresponding constructions on which the parties agree:

1. '017 patent: "aneuploidy"
2. '018 patent: "aneuploidy"
3. '415 patent: "aneuploidy," "sequence tag," "massively parallel sequencing"

### B. Proposed Constructions of Disputed Terms

Pursuant to Patent Local Rule 4-3 (b), the parties attach Exhibits A to C which set forth each party's proposed construction of each disputed term and identify any intrinsic and/or extrinsic evidence known to each party, respectively, on which the party intends to rely.

### C. Identification of Significant Terms

Pursuant to Patent Local Rule 4-3(c), the parties (jointly or separately) identify the following terms as most significant to resolution of the case:

Terms agreed as being most significant:

- '017 patent: "identifying the chromosomes"

Sequenom

- '017 patent: "massively parallel DNA sequencing"/"massively parallel DNA sequencing of the random fragments of genomic DNA"
- '017 patent: "reaction samples containing a single genomic DNA molecule or amplification products of a single genomic DNA molecule"
- '017 patent: "wherein said at least one first target chromosome is presumed to be diploid"
- ''017 patent: "the number of copies of at least one first target chromosome" / "the number of copies of a second target chromosome"
- '018 patent: "compare an amount of at least one first chromosome in said mixture of maternal and fetal genomic DNA to an amount of at least one second chromosome in said mixture"
- '018 patent: "wherein said at least one first chromosome is presumed to be euploid"
- '415 patent: "the mixed sample"
- '415 patent: "determine a differential, between the first value and the second value, which is determinative of whether or not the abnormal distribution exists"

## II. ANTICIPATED LENGTH OF TIME NECESSARY FOR CLAIM CONSTRUCTION HEARING

The Court has scheduled a patent technology tutorial on for February 13, 2013, with a claim construction hearing to be held on February 21, 2013.

Pursuant to Patent Local Rule 4-3(d), Verinata and Stanford estimate that a patent tutorial on the '017, '018, and '415 patents will take approximately 1 hour, with each side being given roughly 30 minutes to present. Verinata and Stanford further estimate that the claim construction hearing for these patents should take no more than two hours, with each side being given roughly 1 hour to present.

Pursuant to Patent Local Rule 4-3(d), Sequenom estimates that a patent tutorial on the '017, '018, and '415 patents on will take approximately 1 hour. Sequenom further estimates that the claim construction hearing for these patents should take approximately 2-3 hours.

A status conference is currently set for November 30, 2012 at 3:00 pm, at which all parties will be present, for the purpose of further discussing the mechanics of the claim construction hearing.

### III. THE PARTIES DO NOT ANTICIPATE LIVE TESTIMONY AT THE CLAIM CONSTRUCTION HEARING

As stated in the Second Supplemental Joint Claim Case Management Statement and Joint Statement Regarding Discovery Coordination and Proposed Case Schedule, the parties do not anticipate the need for any live testimony at the claim construction hearing. With regard to expert testimony, the parties have agreed to exchange expert declarations concerning the construction of disputed terms on November 21, 2012, in connection with the instant Patent Local Rule disclosure. *See*, *e.g.*, Dkt. No. 41 at 23; Dkt. No. 49 at 3.

| | | |
|---|---|---|
| Dated: November 21, 2012 | | Respectfully submitted, |
| | | WEIL, GOTSHAL & MANGES LLP |
| | | By: /s/ Derek C. Walter |
| | | Derek C. Walter |
| | | Attorneys for Plaintiffs and Counterclaim-Defendants |
| | | VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY |

Dated: November 21, 2012                KAYE SCHOLER LLP

By: /s/ Michael Malecek
Michael Malecek
Attorneys for Defendants and Counterclaim-Plaintiffs
SEQUENOM, INC. AND SEQUENOM CENTER FOR MOLECULAR MEDICINE LLC

Dated: November 21, 2012                SATTERLEE STEPHENS BURKE & BURKE LLP

By: /s/ Mario Aieta
Mario Aieta
Attorneys for Nominal Counterclaim-Defendant
ISIS INNOVATION LIMITED

## CERTIFICATION

I, Derek C. Walter, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B, I hereby attest that Michael Malacek and Mario Aieta have concurred in this filing.

Dated: November 21, 2012     WEIL, GOTSHAL & MANGES LLP

By: /s/ Derek C. Walter
    Derek C. Walter