# EXHIBIT 1

1    UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA
     ------------------------------------------- X
3    VERINATA HEALTH, INC. and THE
     BOARD OF TRUSTEES OF THE LELAND
4    STANFORD JUNIOR UNIVERSITY,

5                    Plaintiffs,

6            vs.

7    SEQUENOM, INC., and SEQUENOM
     CENTER FOR MOLECULAR MEDICINE, LLC,

8
                    Defendants.
9
     3:12-cv-00865-SI
10   ------------------------------------------- X
     AND RELATED CROSS-ACTION.
11   ------------------------------------------- X

12

13                            201 Redwood Shores Parkway
                              Redwood Shores, California
14
                              March 19, 2013
15                            9:05 a.m.

16

17          VIDEOTAPED DEPOSITION OF STEPHEN BROWN, M.D.,

18   taken pursuant to Notice, before me, BRANDON D. COMBS,

19   a Certified Shorthand Reporter, called as a witness by

20   the Defendants, being first duly sworn, testified as

21   follows:

22

23          ELLEN GRAUER COURT REPORTING CO. LLC
                126 East 56th Street, Fifth Floor
24                 New York, New York 10022
                        212-750-6434
25                      Ref:  103109

BROWN

2  quotes.

3      Is that correct?

4  A.   Yes.

5  Q.   How did you come up with this definition?

6  A.   Sequencing technology has been an
7  evolution and certainly the idea of sequencing
8  multiple fragments in parallel was an idea that's
9  been around -- is an idea that's been around for
10  many years.  And the expansion of that to include
11  large numbers of fragments in parallel has acquired
12  the name of massive, quote/unquote.

13      I don't think massive has a specific
14  definition, but it's generally understood to be
15  larger than the numbers -- larger numbers that have
16  been possible in the past.

17  Q.   So when you say larger numbers than were
18  possible in the past, how many would that be?  Would
19  that be two, five?

20  A.   No.  I think that massive would -- to
21  qualify for -- understanding that the word massive
22  doesn't have a specific definition.  I think that
23  massive would have to be understood to have been
24  thousands, hundreds of thousands, perhaps millions.

25  Q.   And part of your definition of the

BROWN

1
2 parallel DNA sequencing is any sequencing method.
3 What would be included in any sequencing method?
4         MR. WALTER:  Objection.  Vague.
5         THE WITNESS:  I think any is an open-ended
6 term that could include methods that have been
7 described and methods that perhaps may yet be
8 described.  The term massively parallel sequencing
9 doesn't specify.
10         MS. COHEN:  Q.  Would that include Sanger
11 sequencing?
12     A.    In my opinion, yes.
13     Q.    Does it include Maxim-Gilbert sequencing?
14     A.    In principle it could.
15     Q.    And why would it include Sanger
16 sequencing?
17     A.    Well, Sanger sequencing will allow the
18 acquisition of DNA sequencing.  And the only
19 question would be, can it do enough DNA sequencing
20 in parallel to qualify for the term massive.  And I
21 think that the history of DNA sequencing includes an
22 era when Sanger sequencing was as parallel and as
23 massive as was available.
24     Q.    So Sanger sequencing could be massive as
25 you understand that term?

BROWN

1  that in it.  This is the initial declaration, and I

2  think the specific dates are in the rebuttal

3  declaration.

4      Q.  Do you recall any of those dates without

5  looking at your declaration?

6          MR. WALTER:  Objection.  Vague.  And I

7  would caution the witness not to speculate.

8          THE WITNESS:  I have all of those dates

9  lined out in a document.  I would hesitate to come

10 up with a date by memory that was wrong.

11         MS. COHEN:  Q.  Can you tell me anything

12 about how the first Solexa massively parallel DNA

13 sequencing platform came about?

14         MR. WALTER:  Objection.  Vague, beyond the

15 scope.

16         THE WITNESS:  I'm sorry.  Do you mean, for

17 instance, who invented it?

18         MS. COHEN:  Q.  Sure.  Who invented it,

19 what its features were, anything about it?

20     A.  Yeah.  I don't have a detailed knowledge

21 of the specifics of the evolution of that instrument

22 platform.

23     Q.  Would you say that you have a knowledge of

24 the operation and application of massively parallel

```
 1                          BROWN
 2    DNA sequencing platforms?
 3         A.    Yes.
 4         Q.    Which platforms?
 5         A.    I know most about Illumina.
 6         Q.    And which platform of Illumina do you know
 7    most about?
 8         A.    I would say I have a general knowledge of
 9    their sequencing products.
10         Q.    And what are their sequencing products?
11         A.    I hesitate to use specific product names
12    because I don't have necessarily memorized them.
13         Q.    Approximately how many products,
14    sequencing products, does Illumina have?
15              MR. WALTER:  Objection.  Vague, beyond the
16    scope.
17              THE WITNESS:  I believe there's at least
18    three instruments.
19              MS. COHEN:  Q.  Okay.  And you believe
20    that you don't recall the actual names of three
21    instruments?
22         A.    No.
23         Q.    Can you tell me about the operation and
24    application of Sanger sequencing?
25              MR. WALTER:  Objection.  Vague.
```

BROWN

1
2    what you end up with at the end of the series or

3    even at the end of one extension of a large number

4    of molecules, what you end up with is chain

5    terminated fragments corresponding to all of the

6    different possible extension products.

7              And then all you need is a way to resolve

8    those, and you'll know the DNA sequence.  Methods of

9    resolving those have been several over the years.

10             MS. COHEN:  Q.  And what are some

11   applications in which Sanger sequencing is useful?

12             MR. WALTER:  Objection.  Vague.

13             Go ahead and answer.

14             THE WITNESS:  I can think of an infinite

15   number of situations in which Sanger sequencing

16   could be useful.

17             MS. COHEN:  Q.  Could you just give me one

18   or two examples.

19        A.   You want to know if a given patient's DNA

20   sample harbors a mutation, a gene mutation, so you

21   can use Sanger sequencing to determine that.

22        Q.   Can you tell me a little bit about the 454

23   sequencer and its operation?

24             MR. WALTER:  Objection.  Vague.

25             THE WITNESS:  Not sure how to answer that.

                             BROWN
1  
2  It seems open-ended.
3          MS. COHEN:   Q.   How does it work, what
4  kind of chemistry does it have?   Can you tell me
5  anything about its operation?
6          MR. WALTER:   Objection.   Vague.
7          Go ahead and answer.
8          THE WITNESS:   My understanding of the 454
9  device is that it makes use of something called
10  pyrosequencing and that it achieves parallelism by
11  isolating reactions in smaller droplets of liquid
12  that contain the necessary chemistry.
13          MS. COHEN:   Q.   And what is
14  pyrosequencing?
15      A.    Pyrosequencing is a sequencing technology
16  that instead of using chain terminators to signify
17  addition of a base to an elongated chain, the
18  polymerase when it incorporates the next base emits
19  light, and then a device records the output of
20  light.
21      Q.    Can you generally tell me about the
22  operation of a solid sequencing platform?
23          MR. WALTER:   Same objection.   Vague.
24          THE WITNESS:   Yeah, I -- in preparation
25  for today's deposition, I did not deeply review how

**BROWN**

1
2    tell me how the massively parallel signature

3    sequencing platform works, to the best of your

4    knowledge.

5         A.   Well, basic concept is what people refer

6    to as sequencing by synthesis where a DNA polymerase

7    adds bases to a growing strand of DNA that is

8    complementary to the one that is being sequenced,

9    and this occurs in multiple different parallel

10   reactions, and then -- which allows for acquisition

11   of sequencing data from all of those or sequence

12   data from all of those parallel reactions

13   simultaneously or close to simultaneously.

14        Q.   So the massively parallel signature

15   sequencer uses sequencing by synthesis technology?

16        A.   My understanding is yes.

17        Q.   And it uses DNA polymerase?

18        A.   My understanding is yes.

19        Q.   Would you consider yourself an expert in

20   sequencing technology?

21        A.   I consider myself knowledgeable about

22   sequencing technology.

23        Q.   Would it surprise you to know that

24   massively parallel signature sequencing does not use

25   DNA polymerase?

1                          BROWN

2    names memorized.

3             MS. COHEN:  Q.  Are you familiar with the

4    Illumina sequencing platform called the HiSeq 2000?

5        A.    I know the name, I've heard the name.

6        Q.    Are you familiar with that platform to the

7    extent that you can tell me how it works?

8        A.    I know in general terms how it works.

9        Q.    Do you know specifically how it works?

10            MR. WALTER:  Objection.  Vague.

11            What do you mean by specifically?  Are you

12   asking him to tell you every detail about how the

13   Illumina sequencing platform works or do you want to

14   give him a general description, like you already

15   did, of 454, is that what you'd like?

16            MS. COHEN:  I would like his knowledge

17   about how the Illumina HiSeq 2000 works.

18            MR. WALTER:  You would like a core dump of

19   how the HiSeq 2000 works, everything in his head on

20   how HiSeq works.

21            MS. COHEN:  I would like you to stop

22   making speaking objections.

23            MR. WALTER:  Well, he needs -- objection.

24   Vague.

25            THE WITNESS:  My preparation for this

```
                              BROWN
 1
 2    deposition I don't think includes a detailed
 3    description of how the Illumina HiSeq 2000 operation
 4    goes, step-by-step.
 5            MR. WALTER:  Go ahead and provide your
 6    general understanding, what you know.  Please
 7    provide the description.
 8            THE WITNESS:  Well, Illumina sequencing --
 9            MR. WALTER:  Tell her everything you know
10    about the Illumina sequencing platform.  Everything
11    you can think of, tell her.
12            THE WITNESS:  Well, Illumina sequencing,
13    in general, relies on the idea of taking fragments
14    of DNA and placing them on a solid support in such a
15    dilution that only one fragment is located in any
16    given geographical area of the solid support not
17    surrounded, in general, by others, and then performs
18    an amplification step that is on the solid support
19    so that each individual fragment results in a
20    physical clustering of copies of that fragment.
21            And those physical clusters of copy are
22    then used in a subsequent step for sequencing that
23    proceeds by sequencing by synthesis where a
24    polymerase adds a nucleotide that has a fluorophore
25    attached to it that corresponds to the complementary
```

BROWN

1
2    nucleotide on the strand that one is sequencing.

3              A scanner then obtains fluorescence output
4    from that physical cluster and records it.  And then
5    after a photo bleaching step to get rid of the
6    fluorochrome color, another round of addition of the
7    next base occurs, and so forth, resulting in
8    sequence information from a very large number of
9    such physically constrained clusters of DNA on the
10   cell.

11             MS. COHEN:  Q.  And why does the platform
12   make physical clusters of the fragments?

13             MR. WALTER:  Objection.  Vague.

14             THE WITNESS:  Why does it or how does it?

15             MS. COHEN:  Q.  Why does it?

16        A.   Because if they weren't contained in
17   space, then there would not -- there would be a
18   general amplification of all of the DNA, and
19   thereby, be not useful for obtaining sequence of
20   individual strands.

21        Q.   Why are you using clusters as opposed to
22   just using the individual strands?

23        A.   In other words, no amplification step?

24        Q.   Correct.

25        A.   Not enough signal.

                              BROWN

1

2      Q.    Do you have any knowledge of the Helicos

3   massively parallel DNA sequencing platform?

4      A.    Again, general terms, yes.

5      Q.    What is your understanding of that

6   platform?

7            MR. WALTER:  Objection.  Vague.

8            Again, just go ahead and tell her

9   everything you know of Helicos.

10           THE WITNESS:  Helicos is described in

11   detail in exhibits attached to my report.

12           MS. COHEN:  Q.  Do you know which

13   exhibits?

14      A.    The number, I don't recall, but the name

15   of the first author of a significant paper is -- I'm

16   not good at pronouncing it, it's Polish -- was

17   Braslavsky.

18      Q.    Braslavsky.

19            Braslavsky describes the Helicos massively

20   parallel DNA sequencing platform?

21      A.    Well, it describes the general underlying

22   principle.

23      Q.    Are there differences between the Helicos

24   platform and the Illumina platform?

25      A.    Certainly.

1                              BROWN

2        Q.    Can you give me some of those differences.

3        A.    Well, in Helicos platform, a polymerase is

4   physically constrained in a small cell and DNA

5   synthesis occurs.

6              You know, I -- in thinking this through,

7   I'm not sure that -- I may be actually confusing two

8   different technologies here.  I would have to refer

9   back to documents to be certain.

10       Q.    Does -- do you know if the Helicos

11  platform uses photo bleaching?

12       A.    Uses?

13       Q.    Uses photo bleaching.

14       A.    I believe that -- I'm not certain.  I

15  would have to refer to documents and to review that

16  in detail before I could answer.

17             MS. COHEN:  I'm going to mark as Exhibit 2

18  one of the exhibits to your declaration.  This is

19  the article by -- that's your copy -- Ito

20  Braslavsky, titled Sequence Information can be

21  Obtained from Single DNA Molecules.  It's Bates

22  number VRNTA0006219 through 6223.

23             (Whereupon, Exhibit 2 was marked for

24             identification.)

25             MS. COHEN:  Q.  Is this the Braslavsky

                          BROWN

1

2      Q.    Is this method used in the Illumina

3  platforms?

4      A.    This precise method that's described in

5  Braslavsky, no.

6           MS. COHEN:  Going to mark as Exhibit 3,

7  United States Patent No. 7,888,017.

8           (Whereupon, Exhibit 3 was marked for

9           identification.)

10          MS. COHEN:  Q.  Have you reviewed this

11 patent before?

12     A.    I have.

13     Q.    Can you turn to column 19 of this patent.

14 And if you go to line 22, 23 of the patent, you'll

15 see that Braslavsky is mentioned in this patent,

16 yes?

17     A.    Correct.

18     Q.    Is this the same Braslavsky paper that

19 we've been looking at?

20     A.    My understanding, yes, it's the same

21 Braslavsky paper.

22     Q.    So would one of ordinary skill in the art

23 in February of 2006 have been familiar with the

24 Braslavsky paper?

25          MR. WALTER:  Objection.  Vague.

```
 1                        BROWN
 2            THE WITNESS:  Not necessarily.  They may
 3    have been.
 4            MS. COHEN:  Q.  So one of skill in the art
 5    of the '017 in February of 2006 would not have had
 6    knowledge of the Braslavsky paper?
 7            MR. WALTER:  Objection.  Mischaracterizes
 8    the testimony.
 9            THE WITNESS:  I said they may or may not
10    have.
11            MS. COHEN:  Q.  Would you need to
12    understand the Braslavsky paper in February of 2006
13    to have an understanding of what is described here
14    in the '017 patent?
15            MR. WALTER:  Objection.  Vague.
16            THE WITNESS:  No.
17            MS. COHEN:  Q.  No, you don't need to have
18    an understanding of Braslavsky?
19        A.    To understand the '017 patent, no.
20        Q.    What is the invention of the '017 patent?
21            MR. WALTER:  Objection.  Vague.
22            THE WITNESS:  Answer?
23            The fundamental idea of the '017 patent is
24    that one can assess fetal aneuploidy from a mixed
25    sample obtained from that plasma by counting
```

1                            BROWN

2              MR. WALTER:  He doesn't have the

3    Balasubramanian article, which you will not give

4    him.

5              MS. COHEN:  He hasn't asked me for it.

6              MR. WALTER:  Actually, I think he has, he

7    just did.

8              THE WITNESS:  I said I would have to

9    review it to answer the question.

10              MS. COHEN:  I'll mark as the next exhibit

11    the Balasubramanian patent application

12    number 2003/0022207.

13              (Whereupon, Exhibit 4 was marked for

14              identification.)

15              MS. COHEN:  Q.  In your opinion, would you

16    have to understand the Balasubramanian reference and

17    the Braslavsky reference to understand what is meant

18    in columns 19 and 20 of this patent, of the '017

19    patent?

20         A.   No.

21         Q.   You do not have to understand those?

22         A.   No.

23         Q.   Why not?

24              MR. WALTER:  Objection.  This is beyond

25    the scope of his report.  This is a question that's

BROWN

1
2  the patent to understand what was meant by step C of
3  claim 17?  Would you point me to columns 19 and 20?
4       A.   Yes, I would.
5       Q.   Would you have to understand what is said
6  in columns 19 and 20 to understand what is meant by
7  the claim language of claim 17 of the '017 patent?
8            MR. WALTER:  Objection.
9            THE WITNESS:  Yes.  But you asked a
10 different question before.
11           MS. COHEN:  Q.  I did, yes.  I'm just
12 responding to your attorney's concerns.
13           MR. WALTER:  What is the question?
14           MS. COHEN:  Q.  The question is, would you
15 need to understand the Braslavsky and
16 Balasubramanian references in order to understand
17 columns 19 and 20?
18      A.   And the answer is no.
19      Q.   So you would have understood columns 19
20 and 20 without knowing the Braslavsky and the
21 Balasubramanian references?
22      A.   Yes.
23      Q.   Now, having the Braslavsky reference in
24 front of you, do you have that -- I'm sorry, not
25 Braslavsky, having the Balasubramanian reference in

                            BROWN

1

2    your attorney's instructions?

3        A.    Well, I'll just say that the details of

4    alignment and how much mismatch and how much isn't

5    is not what I prepared to discuss today.

6        Q.    Can you tell me a little bit about your

7    background in massively parallel DNA sequencing,

8    your specific training and any use of it.

9        A.    I'm a human geneticist.  And the knowledge

10   of human and other genomes and how they function,

11   how genes are encoded, how information is conveyed

12   from generation to generation is a general topic for

13   me in my life, both as physician and scientist.

14           And obtaining sequence information is

15   central to the whole subject and general knowledge

16   of how sequence information is obtained and what are

17   the parameters around which the technologies work

18   and depend is something that -- something of

19   necessity that I know about.

20       Q.    Have you done experiments using massively

21   parallel DNA sequencing?

22       A.    Not -- no research experiments.  I've used

23   massively parallel sequencing in the context of

24   ordering clinical tests on patients.

25       Q.    Do you have personal research experience

```
 1                          BROWN
 2  generation sequencing, just a yes or no?
 3          MR. WALTER:  Objection.  Vague, and I
 4  think it's been asked and answered as well.
 5          THE WITNESS:  I would think of myself as
 6  having expertise in the application of massively
 7  parallel DNA sequencing.
 8          MS. COHEN:  Q.  But would you think of
 9  yourself as having expertise in the operation of
10  massively parallel DNA sequencing?
11          MR. WALTER:  Same objections.
12          THE WITNESS:  Operation is a word that is
13  so hard for me to understand here.  If you're asking
14  the technical steps of actually running an
15  instrument, then the answer would be no, I don't
16  have expertise in the technical aspect of running
17  the instrument.
18          MS. COHEN:  Q.  How would you define the
19  word operation?
20      A.   Understanding the basic underlying
21  principles of how the methodology works, its
22  limitations and its possibilities as opposed to the
23  technical expertise of running an instrument.
24      Q.   So would you say that you have expertise
25  in the operation of massively parallel DNA
```

1                        BROWN

2    sequencing under your definition of operation?

3          A.    I would say that I have an understanding

4    as written here.

5          Q.    What about expertise?

6              MR. WALTER:  Objection.  Vague.

7              THE WITNESS:  Expertise.  No, I would say

8    that expertise would be a -- I would say that I have

9    understanding as opposed to, quote/unquote,

10   expertise.

11             MS. COHEN:  Q.  Do you have an

12   understanding of the chemistry of next generation

13   sequencing platforms?

14             MR. WALTER:  Objection.  Vague.

15             THE WITNESS:  I have a general

16   understanding of some aspects of the chemistry, but

17   the details of the chemistry, I would think of as

18   not even relevant to the patents in discussion.

19             MS. COHEN:  Q.  So you're not an expert on

20   the chemistry of next generation sequencing

21   platforms?

22         A.    I would say not.

23         Q.    Would you consider yourself an expert in

24   bioinformatics?

25         A.    I am not a bioinformatician.

1                          BROWN

2        Q.    Would you consider yourself an expert in

3   analyzing sequence data?

4              MR. WALTER:   Objection.   Vague.

5              THE WITNESS:   I have a lot of experience

6   in analyzing sequence data.   I'm not sure where the

7   line is crossed to say that one is an expert.

8              MS. COHEN:   Q.   Would you consider

9   yourself an expert?

10             MR. WALTER:   Objection.   Vague.

11             THE WITNESS:   I would consider myself as

12  one generally knowledgeable about DNA sequencing

13  analysis.

14             MS. COHEN:   Q.   But not an expert?

15             MR. WALTER:   Same objection.

16             THE WITNESS:   No.   An expert would be

17  somebody whose whole profession and career is

18  devoted to that one thing, DNA sequence analysis.

19  Certainly, there are such people and I am not one

20  who devotes my whole career to that.

21             MS. COHEN:   Q.   Can you turn to

22  paragraph 8 of your rebuttal report.   If you read,

23  the first sentence says, in October of 2005, Solexa

24  had sequenced an 180,000-base-pair chromosome.   And

25  by June 2006 the Solexa platform was commercialized.