# EXHIBIT 3

# Appendix A

CURRICULUM VITAE

# Stephen A. Brown, M.D.

**1.      Personal Data:**

|  |  |
|---|---|
| Birth: | July 5, 1957 |
| Citizenship: | U.S.A. |
| Home Address: | 8 Bay Crest Drive. |
| | South Burlington VT 05403 |

**Professional Positions and Addresses:**

Assistant Laboratory Director
GenPath Laboratories
174 Mineola Blvd.
Mineola, NY 11501

Associate Professor
Dept. of Obstetrics and Gynecology
University of Vermont
89 Beaumont Ave
Burlington VT, 05401
802-656-4775 (phone)
sabrown@uvm.edu

**2. and 3.      Education:**

| 1975-80 | University of Chicago, Chicago IL |
|---|---|
| | B.A. in Biology with general honors |
| 1980-84 | University of Chicago, Chicago IL |
| | M.D. |
| 1984-88 | University of Chicago Hospitals |
| | Residency in Obstetrics and Gynecology |
| 1988-90 | Columbia University, New York, NY |
| | Fellowship in Clinical Genetics |

**4.      Postdoctoral Research Training**

**1990-1993:**  Postdoctoral Research Fellow in the laboratories of Dr. Marcelo Bento Soares and Dr. Dorothy Warburton, Columbia University, New York, NY

**5      Professional Accreditation:**

American Board of Medical Genetics certification:
Clinical Genetics 1993
Clinical Molecular Genetics 1993
Medical licensure, New York State (since 1989); Vermont (since 2006)

New York State Certificate of Qualification for Genetic Diagnostics using DNA methods.
American Board of Obstetrics and Gynecology
Board Certified (1999)
Molecular Genetic Pathology (CAP 2000)

**6.      Honors and Awards:**

NIH R21 Award 2009-2011 (Stephen Brown P.I)

NIH RO1 Award 2007-2010 (Stephen Brown P.I.)

NIH RO1 Award  2002-2006  (Stephen Brown P.I.)

NIH R29 Award 1996-2001  (Stephen Brown P.I.)

NIH Physician Scientist (K series) Training Award  awarded 1990-95

March of Dimes Research Grant 1998-2000

Columbia University "Clinical Trials Award" for a project entitled "A pilot study to determine whether uniparental disomy is a cause of human miscarriage" 1993

Chief Administrative Resident 1988

Undergraduate Honors:
Dean's List 1978-80
B.A. awarded with General Honors

**7.      Military Service**

Does not apply.

**8.      Faculty Appointments**

**1993-2006:** Assistant and then Associate Professor and Director of Clinical Genetics in the department of Obstetrics and Gynecology, Columbia University, New York, NY
**July 2006-Present**  Associate Professor, Director of Perinatal Genetics, Department of Obstetrics and Gynecology, University of Vermont

**9.      Hospital Staff Appointments**

1989-2006  On staff at the Presbyterian Hospital of New York (Columbia-Presbyterian Medical Center)
2006-Present  On staff at Fletcher-Allen Health Care (University of Vermont)

**10.      Administrative Appointments**

1993- 2006 Director of Genetics for the Department of Obstetrics and Gynecology (Columbia Presbyterian Medical Center)
1995-2006 Co-director of the Division of Genetics, Columbia Presbyterian Medical Center
1993-2006 Director DNA Diagnostic Laboratory (Columbia Presbyterian Medical Center)
1999-2006 Director of fellowship training program in Cytogenetics and Clinical Molecular Genetics (Columbia Presbyterian Medical Center)
2006-Present  Director of Perinatal Genetics, University of Vermont
2001- Present Assistant Laboratory Director, GenPath Laboratories.

## 11.    Teaching Experience

Lecturer for 1st and 3rd year medical student courses in human genetics and embryology.
Lecturer for resident and fellow education in human genetics
Course director for genetics training for fellowship trainees in Maternal Fetal Medicine

## 12.    Committee Service

Head of Departmental Human Subjects Review Committee (IRB) 1997-2000
Member of committee for Laboratory Quality Assurance
Member of search committee for new Chair of the Department of Genetics and Development

## 13.    Professional and Scientific Activity:

Member, American Society for Human Genetics
Member, American Association for the Advancement of Science
Ad hoc peer reviewer for:
The American Journal of Human Genetics, American Journal of Medical Genetics, Human Molecular Genetics, Obstetrics and Gynecology, Prenatal Diagnosis, Journal of Clinical Endocrinology and Metabolism, Journal of Clinical Investigation, Human Genetics
Ad-hoc reviewer for NIH study section Genetics of Human Disease

## 14.    Research Support:
Past:

1R21AI081000-01 (PI, Stephen Brown) Lentiviral expression of MHC II antigens at the maternal-fetal interface

1R01HD054905-01:  (P.I. Stephen Brown)  Prenatal diagnosis through selective DNA amplification.  The major goal of this proposal is to develop a novel method of non-invasive prenatal diagnosis.

A commercial entity (Genetic Systems LLC) is providing approximately ~$180,000 in direct research support for the project entitled "Prenatal Diagnosis through selective DNA amplification".  This support is part of a licensing agreement for the intellectual property contained in US Patent application #

1RO1 HD42745-02  (P.I. Dorothy Warburton)
Major goals of this grant are to test the hypothesis that premature ovarian aging is the cause of both trisomy as well as skewing of X chromosome inactivation.

1 R01 EY015290-01 (P.I.: Carol Mason; Co P.I. Stephen Brown)
The major goals of this project are to understand the role of the Zic2 gene in the development of the visual system

1RO1NS/HD42730-01 (P.I. Stephen Brown)  "Role of the Zic2 gene in CNS development & malformation" 12/1/01- 12/31/05.

March of Dimes award for "Role of Zic2 in CNS malformation". (P.I. Stephen Brown) 6/99 – 6/02 Total direct costs: ~$70,000 per year for three years.

1996-2001 NIH First Independent Investigator Award, (R29) (P.I. Stephen Brown) "Genes deleted in the 13q- syndrome"  Total direct costs: $350,000

1990-1995 NIH "Physician Scientist Training Award", K11HD00916 "A physical map of human chromosome 13 band q32"  Total direct costs $380,000.

1993-1994    Columbia University "Clinical Trials Award" for a project entitled "A pilot study to determine whether uniparental disomy is a cause of human miscarriage" Total costs: $50,000

**15.  Commercial Activities**

      **2000-present  Assistant** Laboratory Director for GenPath Laboratories, a clinical laboratory company based in Mineola New York.

      **2007-present** Member of the Scientific Advisory Board of DNAdirect.com, a company that provides genetic testing and counseling.

      I am the sole inventor on US Patent Application # #60/778,911

**16.   Publications:**

1.  Brown L, Mount  S, Reddy R, Slim R, Wong C, Jobanputra V, Clifford P, Merrill L, **Brown S**;  pregnancy loss in a woman with NLRP7 mutation:  Not all molar pregnancies can be easily classified as either "partial" or "complete" hydatidiform moles Int. J. Gyn Path (in press).

2.  Jobanputra V, Levy B, Kinney A, **Brown S**, Shirazi M, Yu C, Kline J, Warburton D. : Cytogenet Genome Res. 2012;136(4):264-9 Copy Number Changes on the X Chromosome in Women with and without Highly Skewed X-Chromosome Inactivation.

3.  Kline J, Kinney A, **Brown** S, Levin B, Oppenheimer K, Warburton D. Hum Reprod. 2012 Jul;27(7):2224-32  Trisomic pregnancy and intermediate repeat length at the FMR1 locus.

4.  Jobanputra V, Esteves C, Sobrino A, **Brown S**, Kline J, Warburton D. Using FISH to increase the yield and accuracy of karyotypes from spontaneous abortion specimens. Prenat Diagn. 2011 Aug;31(8):755-9.

5. Jobanputra V, Burke A, Kwame AY, Shanmugham A, Shirazi M, **Brown S**, Warburton PE, Levy B, Warburton D; Duplication of the ZIC2 gene is not associated with holoprosencephaly. Am J Med Genet Part A 158A:103–108 Nov 21.

6. Wright K, Brown L, Brown G, Casson P, **Brown S.**  Microarray assessment of methylation in individual mouse blastocyst stage embryos shows that in vitro culture may have widespread genomic effects.  Hum Reprod. 2011 Sep;26(9):2576-85. Epub 2011 Jun 17.

7. Brown L, Brown G, **Brown S**  Aneuploidy detection using methylation-sensitive amplification and microarray analysis:  A new method with possible application to non-invasive prenatal diagnosis.  Clin Chem 2010 May;(56)5:805-13

8. Warburton D, Kline J, Kinney A, Yu CC,  Levin B, **Brown S**;  Skewed X-inactivation and trisomic spontaneous abortion:  No association  Am J Hum Genet. 2009 Aug;85(2):179-93

9. Brown L and **Brown S** (2008) Expression of Zic2 in the adult brain.  Gene Expression Patterns Gene Expr Patterns. 2009 Jan;9(1):43-9 .

10. Baxi L, **Brown S**, Desai K, Thaker H; Recurrent cystic hygroma with hydrops. Fetal Diagn Ther. 2009;25(1):127-9. Epub 2009 Mar 11.

11. Baxi L, **Brown S**, Thaker HM. (2007) False-positive quadruple screen test for trisomy 18 in a patient with a fetus with Bloom's syndrome. Fetal Diagn Ther. 2007;22(4):318-20. Epub 2007 Mar 15. Review.

12. Brown L, Abigania A, Warburton D, **Brown S** (Sept. 2006) Validation of QF-PCR for prenatal aneuploidy screening in the United States.  Prenatal Diagnosis 2006 Nov;26(11):1068-74.

13. Kline J, Kinney A, Levin B, Kelly A, Yu CC,  **Brown S** and Warburton D (2006) X-chromosome inactivation and ovarian age during the reproductive years.  Fertility and Sterility 2006 85(5):1488-1495

14. Brown L, Paraso M, Arkell R, **Brown S** (2005) In vitro analysis of partial loss-of-function ZIC2 mutations in holoprosencephaly: alanine tract expansion modulates DNA binding and transactivation. Hum Mol Genet. 2005 Feb 1;14(3):411-20.

15. Brown L and **Brown S** (2003) Alanine tracts: The expanding story of trinucleotide repeats and human disease. Trends Genet. 2004 Jan;20(1):51-8.

16. Eloísa Herrera, Lucia Brown, Jun Aruga, Katsuhiko Mikoshiba, Rivka A. Rachel, Gül Dolen, **Stephen Brown**, and Carol A. (2003) Mason Patterning binocular vision:  The Zinc finger transcription factor Zic2 determines the uncrossed retinal axon trajectory. Cell. 2003 Sep 5;114(5):545-57.

17. Camire R, Ruth Ann Denchy RA, Day III G, Lanzano P, Sheth S and **Brown S** (2003) Prenatal diagnosis of factor X deficiency using a combination of direct mutation detection and linkage analysis with an intragenic Single Nucleotide Polymorphism. Prenat Diagn.Jun;23(6):457-60.

18. Brown LY, Kottmann A, **Brown S** Immunolocalization of Zic2 expression in the developing mouse forebrain. (2003) Gene Expr Patterns. 2003 Jun;3(3):361-7.

19. Zhu H, Junker WM, Finnell RH, **Brown S**, Shaw G, Lammer E, Canfield M, Hendricks K (2002) Lack of Association between ZIC2 and ZIC3 Genes and the Risk of Neural Tube Defects (NTD) in Hispanic Populations. Am J Med Genet. 2003 Feb 1;116A(4):414-5.

20. Day N, Tadin M, Christiano A, Lanzano P, Piomelli S, **Brown S** (2002) Rapid hemoglobin genotyping and prenatal diagnosis of sickle cell diseases using the oligonucleotide ligation assay (OLA) coupled with laser-induced capillary fluorescence detection  Prenat Diagn. Aug;22(8):686-91.

21. Robinson JN, Norwitz ER, Mulkern R, **Brown SA**, Rybicki F, Tempany CM (2001) Prenatal diagnosis of pyruvate dehydrogenase deficiency using magnetic resonance imaging Prenat Diagn Dec;21(12):1053-6.

22. Sakurai T, Lustig M, Babiarz J, Furley AJ, Tait S, Brophy PJ, **Brown SA**, Brown LY, Mason CA, Grumet M. Overlapping functions of the cell adhesion molecules Nr-CAM and L1 in cerebellar granule cell development. (2001) J Cell Biol. 2001 Sep 17;154(6):1259-73.

23. Brown LY, Hodge SE, Johnson WG, Guy SG, Nye JS and **Brown S** (2002)  Possible Association of NTDs with a Poly-histidine Tract Polymorphism in the ZIC2 Gene. Am J Med Genet. 108:128-131.

24. Brown LY, Odent S, David V., Blayau B, Dubourg C., Apacik C, Delgado M, Hall B, Reynolds J, Sommer A, Wieczorek D, **Brown S** and Muenke M. (2001) Holoprosencephaly due to mutations in ZIC2: alanine tract expansion mutations may be caused by parental somatic recombination. Hum Mol Genet. 2001 Apr 15;10(8):791-796.

25. Brown LY, Alonso ML, Yu CC, Warburton DW, **Brown S** (2001) Prenatal diagnosis of a familial Xq deletion in a female fetus: a case report.  Prenat Diagn. Jan;21(1):27-30.

26. Welch KK, **Brown S** The role of genetic counseling in the management of prenatally detected congenital heart defects.  Semin Perinatol. 2000 Oct;24(5):373-9.

27. Schlosshauer PW, **Brown S**, Eisinger K, Yan Q, et al (2000): APC truncation and increased ß-catenin levels in a human breast cancer cell line. Carcinogenesis. Jul;21(7):1453-6.

28. Chang P, Sauer M, Yu CC, **Brown S** (1999) Y chromosome microdeletion in a father and his four infertile sons: variable subfertility in association with DAZ gene deletion. Human Reproduction 14(11):2689-2694.

29. **Brown S**, Warburton D, Brown LY, Yu CC, Stengel-Rutkowski S, Hennekam RCM, Muenke M.  Holoprosencephaly due to mutations in ZIC2, a human homologue of "odd-paired.  Nature Genetics 1998 Oct; (20)180-84.

30. **Brown S**, Yu CC , Lanzano P, Heller D, Thomas L, Warburton D, Kitajewski J and Stadtmauer L.  A de novo mutation (Gln2Stop) at the 5' end of the SRY gene leads to sex reversal with partial ovarian function.  Am J Hum Genet. 1998 Jan; 62(1): 189-192.

31. Zaslav A L, Fallet S, **Brown S**, R Ebert, A Fleischer, E Valderama, J E Fox (1998) Prenatal diagnosis of low level trisomy 15 mosaicism. Clin Genet. 1998 Apr; 53(4): 286-292.

32. Lawton LN,  Bonaldo MF,  Jelenc PC, Qiu L,  Baumes SA,  Marcelino RA, de Jesus GM, Wellington S, Knowles JA, Warburton D, **Brown S** and Soares MB. (1997) "Identification of a novel member of the TGF-beta superfamily highly expressed in human placenta". Gene; 203(1): 17-26.

33. Gibbons B, Cheng HH, Yoong AK, **Brown S** (1997) Confined placental mosaicism for trisomy 2 with intrauterine growth retardation and severe oligohydramnios in the absence of uniparental disomy in the fetus. Prenat Diagn 1997 Jul;17(7):689-90.

34. **Brown S** (1997) Genetic aspects of donor selection.  In: "Principles of Oocyte and Embryo Donation." M.V. Sauer, Ed.  Springer-Verlag, New York. pp 55-63.

35. **Brown S**, Russo J, Chityat D, Warburton D (1995) The 13q- syndrome: the molecular definition of a critical deletion region in band 13q32. Am J Hum Genet 57 859-66.

36. Harrison K, Eisenger K, **Brown S**  (1995) Maternal uniparental disomy of chromosome 2 in a baby with trisomy mosaicism in amniotic fluid culture. Am J Med Genet 58: 147-51.

37. Bonaldo MF, Yu MT, Jelnec P, **Brown S**, Su L, Lawton L, Deaven L, Efstratiadis A, Warburton D, Soares MB (1994) Selection of chromosome-specific cDNAs and their corresponding genomic clones: Application to chromosome 13. Hum Mol Genet 3 1663-1773.

38. **Brown S**, Gersen S, Yeboa K, Warburton D (1993): Preliminary definition of a "critical region" of chromosome 13 in q32: report of 14 cases with 13q deletions and review of the literature. Am J of Med Gen 45:52-9.

39. **Brown S,** Hay RV, Schreiber JR (1989): Relationship between serum estrogen and level of apolipoprotien E in human ovarian follicular fluid. Fertility Sterility 51 639-43.

40. **Brown S**, Senekjian EK, Montag T (1988): Cytomegalovirus infection in the uterine cervix of a patient with the acquired immunodeficiency syndrome. Obstet Gynec 71: 489-92.

## Book Chapters

1. **Brown S** and Warburton D (1995): Recurrent Abortion. Genetic and non-immune factors. In "Diseases of the Fetus and Newborn." G B Reed Eds. Chapman and Hall, London pp 167-173

2 **Brown S** (1997) Genetic aspects of donor seletion.  In: "Principles of Oocyte and Embryo Donation." M.V. Sauer, Ed.  Springer-Verlag, New York. pp 55-63

3 **Brown S** (2008)  Miscarriage and its Associations. In "Early Pregnancy Disorders; An Update"  Seminars in Reproductive Medicine

4. **Brown S** (2007) Basic Science/Mechanisms of Disease: Obstetrics in Obstetrics and Gynecology 2007, Rogerio Lobo Editor.

**Selected Meeting Presentations:**

1.  Soares MB, Yu MT, Bonaldo MF, **Brown S**, Su L, Efstratiadis A and Warburton D (1992) Co-selection: a method for simultaneous isolation of cDNAs and their corresponding genomic clones, with application to identification of chromosome 13 specific cDNAs.  American Society of Human Genetics annual meeting platform presentation

2.  **Brown S**, Warburton D, Anyane-Yeboa K, Yu MT, Petrukhin K and Gilliam C (1992) Preliminary definition of a critical region in chromosome 13q32 associated with a deletion syndrome. American Society of Human Genetics annual meeting poster presentation

3.  **Brown S,** Russo J, Tan DF, Petrukhin K, Chitayat D, Rose T, Windsor E, Weksberg R, McKenzie J, Warburton D (1993) The 13q⁻ Syndrome: the molecular definition of a critical region in band q32. American Society of Human Genetics annual meeting platform presentation

4.  **Brown S** ,Eisenger K and Harrison K (March 1994) Uniparental disomy for chromosome 2 in a child with trisomy 2 mosaiciasm in amniotic fluid. American Society of Human Genetics poster presentation.

5.  P Telleria, C C Yu and **S Brown** (1994)**.** Methylation at the PW71 locus on chromosome 15 in DNA derived from CVS and from amniocytes; implications for the use of the PW71 probe in prenatal diagnosis of the Prader-Willi and Angleman syndromes American Society of Human Genetics annual meeting poster presentation

6.  **S Brown**, J Russo, S Fischer, D Chitayat and D Warburton (1994). The 13q- Syndrome: Progress in defining a "critical" deletion region on chromosome 13 band q32, and the construction of a YAC contig which spans the region. Third annual chromosome 13 mapping workshop presentation.  .

7.  **S Brown**, J Russo, S Fischer, D Chitayat and D Warburton (1994). The 13q- Syndrome: Progress in defining a "critical" deletion region on chromosome 13 band q32, and the construction of a YAC contig which spans the region. American Society of Human Genetics annual meeting platform presentation.

8.  J Russo, V S Venkatraj, DF Tan and **S Brown**. Cloning of the genomic locus on chromosome 13 of a new human homeobox gene with strong homology to the rat somatastatin  transactivating factor-1.  American Society of Human Genetics annual meeting poster presentation.

9.  **S Brown** PE Jackey and D Warburton (1995) A small deletion in the putative "critical region" in chromosome 13q32 in a fetus with holoprosencephaly.  American Society of Human Genetics poster presentation.

10. **S Brown** and D Warburton (1996) Progress in the definition of a critical deletion region in band q32 of human chromosome 13.  American College of Medical Genetics annual meeting.

11.   **S. Brown**, C.C. Yu, P. Lonzano, D. Heller, L. Thomas, D. Warburton and L. Stadtmauer (1997) A de novo mutation (val2stop) at the 5' end of the testis determining gene leads to sex reversal with incomplete gonadal dysgenesis.  Society for Gynecologic Investigation, Platform Presentation.

12.   **Brown S**,Warburton D, Brown LY, Yu CC, Stengel-Rutkowski S, Hennekam RCM, Muenke M (1998) Holoprosencephaly due to mutations in ZIC2, a human homologue of "odd-paired.  Plenary Session Platform Presentation, American Society of Human Genetics Annual Meeting 1998

## Recent Meeting Presentations

13.   **Brown S**, Abigania M and Brown L  (2002) In-vitro analysis of ZIC2 mutations.  Platform presentation, American Society of Human Genetics annual meeting

14.   Brown L, Chang P and **Brown S**  (2002) Premature ovarian failure and X chromosome inactivation skewing.  Poster presentation, Society for Gynecologic Investigation.

15.   **Brown S** and Brown L (2003)  Establishment of a tetracycline inducible system or the ectopic expression of Zic2 during brain development.  Poster presentation, American Society of Human Genetics.

16.   **Brown S**, Paraso M and Brown L (2004) Alterations in the length of the c-termina alanine tract in Zic2 modulate both DNA binding and transcription activity.  Poster presentation, American Society of Human Genetics annual meeting.

17.   **Brown S** and Brown L (2005)  The Zic2 gene in pre and peri-implantation mouse development.  Poster presentation, American Society of Human Genetics annual meeting.

18.   Brown L and **Brown S** (2006) Misexpression of Zic2 and dominant negative Zic2 in mouse ES cells results in abnormal proliferation and axon growth.  Poster presentation, American Society of Human Genetics annual meeting.

19.   **Brown S** and Brown L (2007) Global analysis of methylation in first trimester trophoblast.  Poster presentation, Society for Gynecologic Investigation annual meeting.

20.   Warburton D, Kline J, **Brown S**, Morin A, Yu, C-Y, Levin B  (2007) Skewed X Inactivation in Women with Karyotyped Spontaneous Abortions American Society of Human Genetics annual meeting.

21.   Brown S, **Brown G** and Brown L (2007) Chromosome copy number detection through the use of methylation sensitive DNA amplification and microarray analysis.  Poster presentation, American Society of Human Genetics Annual meeting.

22.   **Brown S**, Kellner L and Bombard A (2008) Non-invasive prenatal testing: technical strategies to achieve testing of fetal RHD genotype in a clinical lab. Society for Maternal Fetal Medicine annual meeting

## Invited Speaker Presentations

International Society for Prenatal Diagnosis (Amsterdam 2010) Talk Title:  "Non-invasive prenatal diagnosis by methylation-sensitive amplification and microarray analysis"

Children's Memorial Hospital, Program in Cancer Epigenomics (Chicago 2007).  Talk title: "Non-invasive prenatal diagnosis using free fetal DNA in maternal serum"

American Sociey of Human Genetics invited speaker symposium (2005) Talk title: Role of the Zic2 Gene in Specifying Laterality in the Retinal Projection through the Optic Chiasm