# EXHIBIT 12

# EXHIBIT 5

Case 3:12-cv-00865-SI   Document 96-13   Filed 07/03/13   Page 3 of 7





# FAQs

Solexa is a leader in the development and application of novel genomics analysis solutions for the discovery of gene sequence and expression information important to the pharmaceutical, biotechnology and agricultural industries. These solutions are based on Megaclone™ and MPSS™, Solexa's unique and proprietary cloning and sequencing technologies. Megaclone™ captures millions of DNA molecules from any given sample onto millions of microbeads, each of which carries approximately 100,000 amplified copies of one of the DNA molecules in the sample. MPSS™ rapidly identifies the DNA sequence of the molecules on each bead in a parallel process. In the context of expression profiling, Megaclone and MPSS™ together are used to essentially clone and sequence a portion of each mRNA expressed in a sample of cells or tissue. These technologies provide comprehensive and quantitative digital gene expression data important to modern systems biology research.

With over 20 operational proprietary MPSS™ instruments in our production facility, we are utilizing MPSS™ technology to generate high-resolution gene expression and small RNA profiling data for our customers.

1. What are Solexa's "bead-based technologies"?
2. What exactly is Megaclone?
3. What is MPSS™?
4. What are the applications of MPSS™?
5. How is MPSS™ applied to expression profiling?
6. What are the major advantages of MPSS™ for expression and small RNA profiling?
7. Are there publications describing Solexa MPSS™ Technologies and their applications?
8. Are MPSS™ data available to the public?
9. What is an MPSS™ signature sequence?
10. How does a signature sequence relate to a gene or transcript?
11. Can a 17 base signature sequence serve as a unique marker for gene identification?
12. How sensitive is MPSS™?
13. Are low levels of gene expression relevant, e.g., less than 10 tpm?
14. Is MPSS™ useful in organisms with unsequenced genomes?
15. How does MPSS™ differ from microarray expression analysis systems?
16. Is MPSS™ similar to SAGE?
17. How reproducible is MPSS™?
18. Why are signature abundances normalized to transcripts per million (tpm) and how is this done?
19. How can I determine if expression of a given gene is significantly different in two samples?
20. Can every gene be identified in an MPSS™ analysis?
21. How much RNA do I need?
22. How can I send my samples to Solexa?
23. How long will it take to generate an MPSS™ dataset?
24. In which format will the data be delivered?

**What are Solexa's "bead-based technologies"?**

Solexa's bead-based technologies use five-micron diameter micro-beads, each with many copies of a unique tag attached to it, to capture a DNA-based sample of interest, which has had its molecules engineered with a complementary sequence tag. Each bead becomes "decorated" with many copies of a unique molecule. This bead-based approach allows for the capture, processing and identification of millions of molecules simultaneously. Please see a description of Solexa's technologies under Technology.

Back to Top

**What exactly is Megaclone?**

Megaclone uses a proprietary library of approximately 16.7 million short synthetic DNA sequence tags attached to as many beads - that is, one unique sequence tag per bead. Each bead is coated with approximately 100,000 copies of the same sequence tag. This Megaclone bead library is used to capture amplified DNA from a sample of interest that has been engineered with the complementary sequence tag. The sampling and capture technique ensures that only one DNA sequence type is on a bead. Each bead therefore carries approximately 100,000 copies of the same DNA sequence from the sample of interest. At this point, the tag sequence is no longer important -the captured DNA sequence on the bead is ready to be identified. Ultimately, the Megaclone process transfers the original

http://web.archive.org/web/20060318090330/http://www.solexa.com/wt/page/mpss_faq

VRNTA00046765

abundance distribution from the sample of interest onto beads, thus allowing for the simultaneous processing and identification of each molecule in the original sample.

Back to Top

**What is MPSS™?**

MPSS™ stands for Massively Parallel Signature Sequencing, an extremely high-throughput sequencing technology. It simultaneously generates millions of sequence reads. This is initiated by immobilizing millions of microbeads, with the DNA molecules attached, in a monolayer array in a microfluidic flow cell for carrying out sequencing biochemistry and imaging processes. Sequencing is a fully automated procedure in which four nucleotides are repeatedly exposed by enzymatic digestion, ligation of a family of encoded adapters, and decoding the sequence by sequential hybridization with fluorescent decoder probes.

Back to Top

**What are the applications of MPSS™?**

As a high throughput sequencing technology, MPSS™ is a powerful technology for many genomic assays, including gene expression profiling,and smallRNA profiling.

Back to Top

**How is MPSS™ applied to expression profiling?**

MPSS™ is one of the most powerful genomics technologies available for the quantitative measurement of gene expression. MPSS™ captures and identifies transcript sequences and analyzes the level of expression of virtually all genes expressed in a sample by counting the number of individual mRNA molecules representing each gene. Individual mRNAs are identified through a 17 base signature sequence, immediately adjacent to the 3' end of the 3'-most Dpn II restriction site (GATC, isoschizomer of Sau3A) in cDNA sequences. Bioinformatics tools are used to sort out how many molecules of mRNA from each gene are present in the sample. The level of expression for each gene in an MPSS™ data set is represented by the number of transcripts present per one million molecules, reported as transcripts per million (tpm).

Back to Top

**What are the major advantages of MPSS™ for expression and small RNA profiling?**

- MPSS™ quantifies gene expression by simultaneously counting and identifying all mRNA species in a sample. Typically, in a single experiment, at least 1 million mRNAs are counted.
- MPSS™ has a routine sensitivity of a few molecules of mRNA per cell; the sensitivity can be increased by counting larger numbers of molecules.
- MPSS™ can provide a quantitative assessment of differential expression without the need for repetition or standardization in each experiment. The sum of the signature sequences is a direct assessment of the abundance of each transcript. Competing technologies require standardization and calibration to ensure proper comparisons of output data.
- MPSS™ does not require that genes be identified and characterized prior to conducting an experiment. MPSS™ data sets can therefore be generated from any organism or genome, even those whose genome has not been sequenced.
- MPSS™ can accurately quantify transcripts as low as 5 transcripts per million (tpm) to above 50,000 tpm, providing a large dynamic range; by counting more signatures, the dynamic range can be expanded.
- MPSS™ produces data in a digital format (i.e. transcripts per million, or tpm) that can be compared directly in silico and integrated into relational databases for analysis. Existing datasets are "immortal" in that they can be readily compared with additional datasets. The results are particularly useful for generating the type of complete data sets that will help to facilitate the development of relational databases for systems biology research.

Back to Top

**Are there publications describing Solexa MPSS™ Technologies and their applications?**

Yes, See MPSS™ Publication List.

Back to Top

**Are MPSS™ data available to the public?**

A valuable collection of Arabidopsis MPSS™ data is available at http://MPSS.ucdavis.edu. These data were generated through a National Science Foundation funded study at the University of California, Davis by Dr. Blake Meyers. An unprecedented mouse transcription MPSS™ data is available to the public from GEO at: http://www.ncbi.nlm.nih.gov/geo/info/mouse-trans.html. A collection of human tissues is available at the LICR web site: http://MPSS.licr.org/

Back to Top

**What is an MPSS™ signature sequence?**

An MPSS™ signature sequence is a 17-base segment of DNA unique for the transcripts arising from each gene. In expression profiling, these signatures are generated from cDNA copies of mRNA transcripts. Through the Megaclone process, the signature sequences are attached to beads, and millions are sequenced in parallel by MPSS™.

Back to Top

**How does a signature sequence relate to a gene or transcript?**

The position of the MPSS™ signature sequence for a given gene or transcript should coincide with the 3' most Dpn II restriction site. Two biological reasons for variation in the location of this site are alternative splicing and alternative termination.

Back to Top

**Can a 17 base signature sequence serve as a unique marker for gene identification?**

A 17mer sequence can distinguish between 1.7 x 10¹⁰ transcripts (4¹⁷) given a random nucleotide distribution at the tag site. This means that a 17mer signature can be uniquely annotated to the human genome with a theoretical probability of 99.74% assuming that 1.5% of the genome is expressed as RNA (calculated by the formula: 3 x 10⁹ x 1.5%/(1.7 x 10¹⁰)). In reality, a 17 mer Dpn II signatures from human unigene and mouse unigene sequences are 94% and 95% unique, respectively, due to the shared sequences among the genes.



Back to Top

**How sensitive is MPSS™?**

MPSS™ has a routine sensitivity of a few transcripts per million, equivalent to one or two copies per cell, depending on the species. Due to the large number of transcripts counted (1,000,000 or more per experiment), MPSS™ is able to interrogate virtually all genes that are expressed in a sample.

Back to Top

**Are low levels of gene expression relevant, e.g., less than 10 tpm?**

Yes, in many cases. The unprecedented level of analyses we have performed on a large number of samples from a wide variety of organisms, tissues and experimental treatments has provided us the opportunity to describe biological systems in extraordinary detail. Undoubtedly, biological importance of many genes that are expressed at low levels is not fully characterized. We have found that more than half of the genes that are significantly expressed in an average sample are at less than 10 tpm including many receptors and transcription factors. Some of these genes encode proteins that are truly needed in low copy number. Others are highly translated and/or encode stable proteins that actually accumulate or are secreted at moderate levels.

Back to Top

**Is MPSS™ useful in organisms with unsequenced genomes?**

Yes. MPSS™ can be used for expression profiling in any organism with polyadenylated transcripts.

Back to Top

**How does MPSS™ differ from microarray expression analysis systems?**

No prior knowledge of a genome is required for MPSS™, and it measures expression of virtually all genes in a sample. Microarray analysis is limited to genes represented on the device. In MPSS™, a signature sequence is captured from each transcript, cloned onto a bead and identified. Millions of these beads are sequenced in parallel, and transcript abundance is measured by counting signature sequences rather than by measuring analogue fluorescence signals. Each micro-bead is an independent detector, free from interaction with others. Cross hybridization, interference, competition, hybridization kinetics and saturation, feature-to-feature signal overlap, detector saturation, manufacturing variability and defects are not issues with MPSS™. All are significant concerns in microarray systems that employ analogue fluorescence to represent gene expression.

Microarray features may hybridize with transcripts from similar genes, which complicates analysis of individual gene family members. With MPSS™, there is no question about the corresponding gene for 94% of 17-base signatures of human unigene. Signatures that map to more than one gene are automatically flagged in the data file. Furthermore, because each data set is generated from multiple machine runs, we provide a statistically meaningful coefficient of variance (CV) for each expression value. In microarrays, strong signals on one feature can bleed into nearby features with weaker signals, leading to aberrantly high expression values for those genes--values that vary according to the activity of a gene whose only relation to the other gene is its proximity on the array.

All of these issues with microarrays contribute to their relatively low sensitivity, high noise and the resulting low confidence that can be assigned to any given expression value. While microarrays can provide semiquantitative expression data for a few thousand transcripts in a sample, MPSS™ routinely provides high confidence, quantitative data for virtually all of the genes.

Back to Top

**Is MPSS™ similar to SAGE?**

The output of MPSS™ is similar to that of SAGE, but the method of obtaining the data and the depth of analysis are dramatically different. SAGE uses concatenated sequence tags that are sequenced by traditional automated DNA sequencing. SAGE sequence tags are typically 21 bp in length, but a typical SAGE data set contains only 50,000 to 100.000 sequence tags. With 50,000 SAGE sequence tags, expression values below 100 tpm (about 20 copies per cell) are statistically unreliable. MPSS™ uses a novel method whereby 1,000,000 or more signature sequences are obtained simultaneously. With 1,000,000 or more MPSS™ signatures, values at or above 5 tpm (about one to two copy per cell) are significant. We and many other researchers have found that approximately 90% of the mammalian transcriptome is expressed below 100 tpm.

Back to Top

**How reproducible is MPSS™?**

Recent reproducibility studies were performed at Solexa to evaluate the signature abundance significance between data sets using a z-test at a p-value threshold of 0.1%.



| | |
|---|---|
| (one bead library → two MPSS runs) | The data resulting from one bead library split into two MPSS™ runs differed from each other by less than 1% |
| (one cDNA → two bead libraries → two MPSS runs) | The data resulting from two bead libraries generated individually from the same cDNA differed from each other by less than 6%. |
| (one RNA → two cDNA → two bead libraries → two MPSS runs) | The data resulting from two cDNA libraries generated individually from the same RNA differed from each other by less than 10%. (Note that this is the sum of variation contributed by all factors). |

Back to Top

**Why are signature abundances normalized to transcripts per million (tpm) and how is this done?**

Signature abundance is normalized to transcripts per million (tpm) to facilitate comparisons among samples. The expression level of a gene is proportional to the observed counts in the sample. For example, a signature that occurs 20,000 times in a population of 2,000,000 beads represents a gene expressed at 10,000 tpm, 20,000/2,000,000 = 10,000/1,000,000. The tpm serves the standard unit for comparisons across multiple samples.

Back to Top

**How can I determine if expression of a given gene is significantly different in two samples?**

The signature abundances have been normalized to transcripts per million (tpm) and each has an associated coefficient of variance (CV). The likelihood of differential expression may be calculated by applying a simple binomial test. The resulting P-value indicates the strength of the evidence that the abundance is different in the two samples.

Back to Top

**Can every gene be identified in an MPSS™ analysis?**

Several scenarios may prevent identification of a specific gene in an MPSS™ library. These are all sequence-specific and only affect a very small percentage of the total genes.

1) Not all genes contain Dpn II sites (GATC), which are used as part of the MPSS™ sample analysis. The lack of a Dpn II site will prevent the identification of a specific gene in the library being analyzed. Improved processes are currently in development at Solexa to capture these genes. About 3% of human MGC (Mammalian Genome Collection) sequences have no GATC site.
2) Some signatures can be difficult to map to the genome because they span splice sites. Our first priority in annotating signatures is to map them to transcripts, an option not available when few ESTs are available.
3) Sequence artifacts may affect a small number of signatures. If a potential MPSS™ signature contains a palindrome, the sequencing of this signature may be blocked. To get around this problem, we sequence every sample in two frames (+2 and +3), so the same palindrome is not exposed in both runs.
4) The identification of a specific gene in an MPSS™ library may be prevented due to sequencing errors (MPSS™ sequencing errors or errors inherent to sequencing in general) or un-identified SNPs in the genomic sequence in the public databases.

Back to Top

**How much RNA do I need?**

The preferred starting material for an mRNA MPSS™ analysis is total RNA. For each sample, a minimum of 20ug of total RNA is used. For small RNA MPSS™ significant larger amounts of total RNA are necessary due to the low expression level of these regulating molecules.

Back to Top

**How can I send my samples to Solexa?**

The RNA should be shipped to Solexa, frozen on dry ice, as an ethanol precipitate (preferred) or as a solution in which the RNA has been resuspended in DEPC-treated water. For the MPSS™ process, the optimal concentration for a total RNA solution is 1 ug/uL.

Back to Top

**How long will it take to generate an MPSS™ dataset?**

Sample processing and data generation typically require 12 weeks from the time we receive your RNA.

Back to Top

**In which format will the data be delivered?**

Solexa currently delivers MPSS™ datasets as tab - delimited files. The data is packaged in a report format and delivered via a compact disc or through ftp.

Back to Top

© 2006 Solexa, Inc., all rights reserved