# EXHIBIT 5

Clinical Chemistry 56:5
805–813 (2010)

Molecular Diagnostics and Genetics

# Aneuploidy Detection in Mixed DNA Samples by Methylation-Sensitive Amplification and Microarray Analysis

Lucia Brown,[1] Gregory Brown,[2] Pamela Vacek,[3] and Stephen Brown[1*]

**BACKGROUND:** Cell-free fetal nucleic acid, believed to be derived from the placenta/trophoblast, is present in the plasma of pregnant women; however, its use for predictive genetic testing has been severely limited because the circulating fetal DNA is present in a small quantity and mixed with a much larger quantity of maternal DNA. Methods for detecting fetal aneuploidy from the cell-free fetal DNA in plasma are highly sought after, but proposed methods must take into account the small quantity and highly contaminated nature of the available fetal DNA.

**METHODS:** We developed a method for methylation-sensitive amplification of DNA suitable for use with small (approximately 1 ng) samples. We used this method in conjunction with 2-color microarray analysis with a custom-made array to investigate whether relative amplification, and hence relative methylation, could be evaluated for a large number of genomic loci.

**RESULTS:** Microarray assessment of genomic methylation accurately predicted the degree of methylation measured with bisulfite-conversion PCR and confirmed that DNA from first-trimester trophoblast was generally hypomethylated compared with whole-blood DNA. With a series of 3 samples in which 1 ng of DNA from a trisomic first trimester placenta was mixed with 9 ng of chromosomally normal peripheral blood DNA, we observed that the microarray signal associated with the trisomic chromosome was significantly different from that of the other chromosomes ($P < 0.001$).

**CONCLUSIONS:** This method has potential to be used for noninvasive detection of fetal aneuploidy.

© 2010 American Association for Clinical Chemistry

The ability to noninvasively detect fetal chromosome abnormalities represents an important unmet need in prenatal care. Current aneuploidy-screening methods suffer from a lack of diagnostic sensitivity as well as a high rate of false-positive results. Cell-free fetal nucleic acids are present in maternal plasma and provide a potential means for performing noninvasive prenatal diagnosis of fetal chromosome abnormalities. One key challenge, however, is that fetal DNA and RNA present in maternal plasma represent only a small percentage of the total nucleic acid, making it difficult to assess the fetus independently of the mother *(1)*. Existing methods for detecting fetal chromosome abnormalities have relied on the use of RNA that is specifically derived from the placenta or on polymorphic sequence differences between the fetus and the mother, but these methods have not yet proved successful.

Fetal nucleic acids present in maternal plasma are widely believed to be derived from the trophoblast (TB)[4], and because we have observed that first-trimester TB DNA is generally less methylated than DNA from other sources, we reasoned that it should be possible to use this methylation difference to achieve differential amplification of fetal DNA. We also reasoned that simultaneously assessing large numbers of loci with microarrays would make it possible to detect differences in chromosome copy number, even under conditions in which the copy number difference was apparent in only a small proportion of the DNA. To explore these ideas, we developed a new method for methylation-sensitive amplification of small quantities of DNA and coupled it with microarray analysis to assess the presence of aneuploidy. We present data showing that (*a*) methylation-sensitive amplification can be performed on very small (approximately 1 ng) DNA samples and the difference in methylation between 2 DNA samples as determined by microarray analysis is well validated by bisulfite PCR analysis; and (*b*)

---

[1] Department of Obstetrics, Gynecology and Reproductive Sciences, University of Vermont, Burlington, VT; [2] Pathology Department, Memorial Hospital, Jasper, IN; [3] Medical Biostatistics, University of Vermont, Burlington, VT.
* Address correspondence to this author at: University of Vermont, Given C258, 89 Beaumont Ave., Burlington, VT 05405. Fax 802-656-7881; e-mail sabrown@uvm.edu.

Received October 13, 2009; accepted February 22, 2010.
Previously published online at DOI: 10.1373/clinchem.2009.137877

[4] Nonstandard abbreviations: TB, trophoblast; PB, peripheral blood; MSD, multiple strand displacement; M, $\log_2$ intensity ratio of each array address; A, $\log_2$ mean signal intensity for each array address.



Fig. 1. Scheme showing the steps in the 2-stage methylation-sensitive amplification process.

methylation-sensitive amplification followed by microarray analysis can be used to confidently detect whole-chromosome aneuploidy in first-trimester TB DNA samples that have been mixed with 90% chromosomally normal DNA from peripheral blood (PB) leukocytes.

## Materials and Methods

### SAMPLES

All samples used in these studies were collected under an institutional review board–approved study protocol. Samples of PB were obtained from healthy, nonpregnant women between the ages of 18 and 35 years. TB samples were obtained from women undergoing elective termination of pregnancy between 10 and 13 gestational weeks. TB samples with chromosome abnormalities were obtained from pregnancies (11–13 weeks gestational age) in which the diagnosis had been established by prior chorionic villus sampling.

### DNA PREPARATION

DNA was prepared from blood samples with a FlexiGene® DNA Kit (Qiagen), and TB samples were prepared with a DNeasy® Tissue Kit (Qiagen).

### DNA AMPLIFICATION

Amplified representations of genomic DNA samples were prepared according to the scheme depicted in Fig. 1. DNA was first digested with the methylation-sensitive restriction enzyme, HpyCh4IV (New England Biolabs). After digestion, linker/adapters were ligated, and the PCR was performed with a linker primer. The linker sequence (CTAGGAGCTGGCAGATCG

TACATTGACG) and PCR conditions were adapted as previously described (2). As shown in Fig. 1, the linker was designed so that when it ligated to the overhang created by HpyCh4IV digestion, it created a site for the relatively rare–cutting restriction enzyme, MluI (New England Biolabs). After linker ligation, the PCR was performed for 18 cycles. PCR products were then bound to streptavidin-coated paramagnetic beads (Promega), and the bound DNA was released from the beads by MluI digestion. The resulting DNA fragments were self-ligated by the addition of $T_4$ DNA ligase (New England Biolabs) and then amplified with a commercial multiple strand displacement (MSD) amplification kit (illustra GenomiPhi V2 DNA Amplification Kit; GE Healthcare Life Sciences) according to the manufacturer's instructions.

MICROARRAY DESIGN

The microarray consisted of 60mer oligonucleotides corresponding to restriction fragments >100 bp and <500 bp in size. Each restriction fragment was represented by a single oligonucleotide on the microarray. We made no effort to target genes or GC-rich sequence, nor did we try to avoid regions rich in repetitive elements. The approximate number of features assigned to each chromosome was approximately 15 000. The array design also included approximately 10 000 random oligonucleotides and approximately 10 000 oligonucleotides that corresponded to predicted HpyCh4IV fragments from the *Escherichia coli* genome, as is discussed below.

DATA ANALYSIS AND STATISTICAL METHODS

All manipulations and analyses of microarray data were performed with the statistical program R (http://www.bioconductor.org). For detection of aneuploidy, the ratio obtained from the chromosome with aneuploidy (18 or 21) was compared with the distribution of ratios obtained from all other chromosomes (except the X chromosome) by computing a $T$ score with 20 degrees of freedom. The $T$ score was calculated as follows: $T = (\text{ratio} - X_m)/SD$, where "ratio" is the ratio associated with a given chromosome and $X_m$ is the mean for the other chromosomes. The 1-sided $P$ value associated with the $T$ score represents the probability of observing the ratio when aneuploidy is not present.

ARRAY HYBRIDIZATIONS

DNA labeling and array hybridizations were performed by Roche NimbleGen according to their standard protocols.

BISULFITE METHYLATION ANALYSIS

Bisulfite conversion of genomic DNA was performed with the EpiTect Bisulfite Kit (Qiagen) according to the manufacturer's instructions. Methprimer (http://www.urogene.org/methprimer/index1.html) was used to design bisulfite-converted PCR primers, as previously described (3). The degree of methylation for a given CpG was evaluated with a previously published protocol (4).

Results

DNA AMPLIFICATION

The amplification scheme represents the results of a number of efforts to develop a method that was both methylation sensitive and applicable to very small samples. Although linker-mediated amplification has been in use for many years (5) and its successful use in conjunction with a methylation-sensitive restriction enzyme digest has been described as well (6), we found that a simple restriction enzyme digest followed by linker ligation and PCR yielded insufficient product for downstream microarray analysis when starting with small samples. A second problem we encountered was nonspecific amplification. We found that when we started with a small genomic sample, a substantial proportion of the amplified products did not have bona fide HpyCh4IV sites at both ends and therefore had not been amplified by the intended mechanism. In most cases, these nonspecific products appeared to result from illegitimate annealing of the amplification primer. To address these 2 problems of nonspecific amplification and insufficient quantity of product, we developed alternative methods, as described below.

As Fig. 1 shows, we designed the amplification linker to ligate to the overhang left by HpyCh4IV digestion and simultaneously to create a site for the relatively rare–cutting enzyme, MluI. When amplification occurs as intended with the linkers ligated to HpyCh4IV sites, subsequent MluI digestion of products cleaves off the linker sequence. Because PCR is performed with a biotinylated primer, products can be bound to streptavidin-coated paramagnetic beads. In cases of illegitimate amplification, the fragment cannot be released from the paramagnetic beads by MluI digestion. In practice, this method was highly successful in reducing the proportion of nonspecific amplification products, as was shown by both sequencing of random PCR products and restriction digests of PCR products that had been subjected to a second round of amplification (see below).

Microarray analysis generally requires labeling of microgram quantities of DNA; however, the DNA yield from a linker-mediated PCR performed on only 1–10 ng of starting material is generally no greater than approximately 200 ng. To address the need for more DNA, we performed a second round of amplification with isothermal MSD, a procedure that provides an

enormous degree of amplification while introducing little bias *(7)*; however, MSD amplification has a strong preference for high molecular weight templates *(8)*. To address this issue, we exploited the fact that after the process described above was completed, all PCR fragments had *Mlu*I sites at both ends. Self-ligation with $T_4$ DNA ligase produced efficient polymerization of the low molecular weight fragments into higher molecular weight fragments that could be efficiently amplified via MSD (Fig. 1).

**COMPARISON OF DNA DERIVED FROM TB AND PB**

As a first step in the validation of the method of methylation-sensitive differential amplification, we performed a microarray comparison of amplified PB DNA and first-trimester TB DNA. Each of the 2 DNA samples consisted of 1 ng genomic DNA from either first-trimester TB (11 weeks gestation) or DNA derived from a PB sample of a healthy reproductive-aged woman. Each DNA sample was spiked with 2–3 pg of *E. coli* DNA. This quantity was calculated to provide the approximate molar equivalent of the human genomic DNA (200 genomic copies). Both DNA samples were prepared and amplified as described and were subsequently used to hybridize to the custom-made microarray. The hybridization was performed twice, with dye reversal.

Most standard techniques for normalizing 2-color microarray data (e.g., Qspline and LOESS) assume that there is no overall difference in intensity between the signals for the 2 samples being compared. In this case, we initially thought there were likely substantial differences between the 2 DNA sources in overall methylation, so we thought it best to correct for dye bias with a normalization method that would not systematically hide such a difference. With this goal in mind, we $\log_2$-converted the raw array data, averaged the color-reversed $\log_2$ intensities, and centered them on $y = 0$. Although this simple normalization approach does not address the fact that dye bias may be (and likely is) intensity dependent, it has the key advantage of not hiding the overall differences between samples that we expected to see.

Fig. 2A shows an "M-A" plot of the averaged data, in which the $y$ axis depicts the $\log_2$ intensity ratio of each array address (M) and the $x$ axis represents the $\log_2$ mean signal intensity for each address (A). In this plot, points with M values $>0$ indicate array addresses where the TB signal intensity was greater than the PB signal intensity. Array addresses with M values $>2$ and $<-2$ are depicted in yellow; the narrow rectangle of red dots indicates array addresses with A values of 12.0–12.2. Inspection of Fig. 2A suggests considerably more points for M values $>2$ than for M values $<-2$, indicating overall relative hypomethylation of TB. Table 1 summarizes the global comparison of TB and PB signals and shows that, depending on the threshold M value, the proportion of array addresses showing a higher signal in TB is about 2-fold greater than in PB DNA. All array loci with a low signal, defined as A values $<9.5$, as well as the sex chromosomes were excluded from this analysis. Thus, the microarray data confirmed our initial observation that TB DNA globally was relatively hypomethylated.

Although the most obvious explanation for the differences in microarray signal between TB and PB is differential methylation, we also considered the possibility that differential amplification could be due to polymorphic variants in the restriction sites that define amplifiable fragments. Overall, any 2 individuals differ with respect to approximately 0.1% of bases, and because each restriction fragment depends on a total of 8 bases, a reasonable estimate of the proportion of fragments that might be expected to show differential amplification for this reason is about 1%. Among 100 random loci from the array, only 1 contained a single-nucleotide polymorphism that potentially altered a restriction site; we therefore concluded that such polymorphisms play little role in differential amplification.

Given the very small quantity of input DNA and the required degree of amplification, it is also possible that the apparent differential amplification is artifactual. Evidence that this was not the case is provided by the fact that the *E. coli* spike-in data (blue dots in Fig. 2A) were tightly clustered about $y = 0$. This finding indicated that the amplification of this entirely unmethylated DNA was very similar in the 2 probes, even though the A value for the *E. coli* loci was actually lower than that for the human data. This result provides indirect evidence that the comparatively wide spread of the ratios observed in the TB/PB comparison was most likely due to differences in methylation between the 2 samples, as is discussed below.

To test whether the differences in methylation between TB and PB DNA showed any broad regional variation within the genome, we displayed the microarray data summarized in Table 1 by chromosome; Fig. 2B graphically summarizes this analysis. The extreme differences in the sex chromosome signals reflect the fact that the TB DNA was from a male and the PB DNA was from a female. Although the autosomes showed no extreme variation, some differences reached statistical significance. For instance, when one considers segments showing array intensity ratios above or below a threshold of 3, (green columns in Fig. 2B), the mean for all autosome ratios was 2.72 (SD, 0.82), whereas the ratio for chromosome 18 was 5.2 ($P = 0.0071$). These results suggest some broad regional differences in methylation.



**Fig. 2. Microarray comparison of methylation-sensitive amplified DNA from TB and PB.**
(A), Plot of M data vs A data. Positive M values indicate loci with greater signal intensity from TB than from PB. Yellow and black dots represent human genomic loci, and green and blue refer to random oligonucleotides and *Escherichia coli* genomic loci, respectively. Vertical red band indicates a subset of loci used for the validation study. (B), The same data displayed by individual chromosome to show chromosomal differences in the ratio of M values above or below a given threshold.

VALIDATION OF ARRAY RESULTS
In the described amplification process, the efficiency of amplification of each fragment depends on the methylation state of 2 adjacent restriction sites; however, the relationship between amplification efficiency and the degree of methylation of the 2 sites that define each fragment is likely to be complex and not easily predicted. Despite this issue, we sought to determine

| Table 1. Number of loci with stronger amplification in TB DNA than in PB DNA.[a] | | | |
|---|---|---|---|
| Threshold M value | No. of loci with M greater than threshold value | No. of loci with M less than threshold value | Ratio |
| 0 | 80 922 | 45 689 | 1.77 |
| 1 | 40 838 | 21 877 | 1.87 |
| 2 | 18 951 | 8800 | 2.15 |
| 3 | 6943 | 2694 | 2.57 |

[a] M is the signal-intensity ratio at each locus (M = $\log_2$ TB − $\log_2$ PB); positive M values reflect stronger amplification in TB DNA than in PB DNA.



Fig. 3. Validation of microarray assessment of methylation with bisulfite PCR.

(A), Schematic showing a representative HpyCh4IV fragment and the design of 2 sets of bisulfite-conversion PCR primers to amplify fragments containing the restriction sites that define the fragment. (B), Gel image showing digested and undigested PCR products from bisulfite-converted TB and PB DNA. PB DNA digests more completely than TB DNA, reflecting a higher degree of methylation of the CpGs in the restriction site. (C), Scatter plot comparing the TB/PB signal ratios determined by microarray and bisulfite PCR.

whether our DNA-amplification and microarray analysis was a reliable method for identifying true methylation differences between 2 sources of genomic DNA. The bisulfite-conversion PCR analysis outlined in Fig. 3A used a variation of a previously described strategy (4) to analyze the restriction sites that defined a series of fragments with M values >2 or <−2 and with A values >12.0 and <12.2. Array addresses fulfilling these criteria are indicated in red in Fig. 2A. For this analysis, we used the same 2 genomic DNA samples that we used to generate the data in Fig. 2. We used gel electrophoresis and densitometry analysis of restriction enzyme digests to obtain an estimate of the relative methylation of relevant CpGs (Fig. 3B). To quantify the proportion of the DNA that could be digested, we divided the density of the full-length PCR product after the restriction digest by the density before the restriction digest. We then derived a TB/PB ratio by dividing the proportion obtained for PB by the proportion for TB (Fig. 3B). In this scheme, a TB/PB ratio >1 reflects relative hypomethylation of TB DNA, and a ratio <1 reflects relative hypermethylation of TB DNA. The product of the ratios obtained for the 2 ends of each fragment then summarizes the overall methylation for that fragment, and the $\log_2$ of the product was compared with the $\log_2$ of the ratio determined from the color-averaged microarray data.

This analysis (Fig. 3C) demonstrates that for 9 fragments (defined by 18 restriction sites), the results obtained by bisulfite PCR agreed substantially with the prediction made by microarray, with a correlation coefficient of 0.98. We conclude that, in general, methylation differences determined by our method are likely to reflect real methylation differences and that a reasonably quantitative estimate of relative methylation is obtained.

DETECTION OF ANEUPLOIDY

To test whether methylation-sensitive amplification and microarray analysis could be used to detect aneuploidy in mixed DNA samples, we performed experiments with artificial mixtures of TB and PB DNA with the intention of simulating the type of mixed sample that might actually be obtained from the plasma of a pregnant woman. DNA from 3 trisomic first-trimester TB samples (1 with trisomy 21 and 2 with trisomy 18) was each mixed with DNA prepared from the PB of a healthy female in a 1:9 ratio. Similarly, for each of these 3 DNA mixtures, we prepared a second mixture of first-trimester TB DNA from a chromosomally normal

pregnancy of the opposite sex and female PB DNA in a 1:9 ratio. Thus, in both mixtures the DNA content was 90% from the PB sample and 10% from the TB sample. We then used the protocol described above to prepare methylation-sensitive representations from the mixtures. In each case, the total amount of starting DNA was 10 ng, with 1 ng being derived from the TB sample. Each mixture containing trisomic TB DNA was then compared with a mixture containing euploid TB DNA by hybridizing to the microarray described above.

For this analysis, we used a standard Qspline normalization procedure without color reversal. The signal associated with each chromosome was summarized by summing the number of array addresses either above or below a cutoff M value and calculating the ratio of the 2 sums. We then assessed these chromosome-specific ratios by computing a $T$ score as described above. With this method, it was possible to detect the chromosome with known trisomy with a high degree of confidence. In practice, the best discrimination occurred when the analysis was based on approximately 10% of the data with the highest or lowest signal ratios (Fig. 4, black columns). These results show that aneuploidy can be confidently detected, despite the use of samples consisting of only 10 ng of total DNA, of which the trisomic component was only 10%. In all 3 cases, the X-chromosome difference stood out even more clearly than the autosomal trisomy.

ENHANCEMENT OF ANEUPLOIDY DETECTION

It is likely that differences in methylation between TB and PB are similar from sample to sample. To the extent that this assumption is true, it should be possible to enhance the detection of aneuploidy in mixed samples by considering only array addresses that consistently show stronger amplification in TB than in PB. To test this idea, we performed 3 separate comparisons of TB and PB (each with color reversal) and combined the results by Qspline normalization across the data sets and then calculating the color-reversed mean of the ratios for each array address. This approach provided a simple metric for expressing the degree to which any given array address was TB specific. Next, we empirically tested several different methods for the use of this information to enhance aneuploidy in the 9:1 mixture data sets. By restricting our analysis to array loci with a mean TB/PB signal ratio of 1 (reflecting a 2-fold higher intensity of the TB signal), we improved the ability to detect aneuploidy, as evidenced by the consistently improved statistical certainty with which



**Fig. 4. Bar graphs of data derived from 3 hybridizations comparing mixed DNA samples.**

Results for the unenhanced (black) and enhanced (gray) detection of aneuploidy. "Over/under ratio" is the number of array loci with intensity ratio (M) above a threshold divided by the number below a negative threshold.

the trisomic chromosome was different from the others (gray columns in Fig. 4). We do not draw a strong conclusion from this analysis, however, because the apparent difference between the 2 analyses is small.

Case 3:12-cv-00865-SI   Document 100-6   Filed 07/17/13   Page 9 of 10

## Discussion

We have developed a method of methylation-sensitive DNA amplification that allows the detection of methylation differences between 2 samples at a large number of loci, even when starting with very small samples of genomic DNA. Clearly, this technique might be used to compare methylation for any 2 DNA samples, and this approach could be useful in many biological contexts. We used this method of methylation analysis to detect whole-chromosome aneuploidy, despite the presence of a high proportion of chromosomally normal DNA. We used only 1 ng of TB DNA in these experiments, suggesting that the method is suitable for use with very small samples, such as those obtained from maternal plasma. Although we did demonstrate aneuploidy detection when the proportion of aneuploid DNA was approximately 10%, we did not evaluate the actual limits of detection. Of course, our experiments were performed with DNA of relatively good quality (i.e., high molecular weight). DNA obtained from cell-free plasma has a low mean molecular weight, and this fact may severely limit the ability to use our amplification technique.

Only a few studies have specifically addressed the issue of aneuploidy detection in the context of mixed DNA samples. One report suggests that array comparative genomic hybridization can detect aneuploidy mosaicism when the level of mosaicism is greater than about 10% *(9)*. The authors provided no information on the degree of variation found among the nonaneuploid chromosomes, however, nor did they provide any statistical basis for concluding whether mosaicism was present or not. Therefore, it is difficult to compare our results with theirs. Several groups have described methods of digital PCR and have applied them to the problem of detecting aneuploidy in the context of "contaminated" samples. In one such report, the authors found that digital PCR allowed the detection of trisomy 21 with reasonable accuracy when the fraction of fetal DNA was 25% *(10)*. Our results indicate that our method compares favorably with digital PCR in its ability to detect aneuploidy in mixed samples.

Our DNA samples contained 10% fetal DNA that was either di- or trisomic. The relative proportion of the DNA represented by the trisomic chromosome can be calculated as 1.05:1, compared with the 1:1 ratio present for the other chromosomes. The same calculation for the X chromosome yields a ratio of 1.052:1 for the XX sample compared with the XY sample. Despite this slight difference in DNA quantity, we found it possible to detect aneuploidy with a high degree of statistical confidence, with $P$ values in the range of 0.001 or lower for the difference in array signal between the aneuploid chromosome and the other autosomes. The difference in the X-chromosome signal between the 2 samples was even more easily detected, despite the very small difference in the relative amount of X-chromosome DNA between the 2 samples. The very high degree of statistical significance for detecting aneuploidy that we achieved could be due to 2 different factors: the large number of array loci that were used and the differential amplification achieved by making use of methylation differences. It is likely that both factors are crucial, but we do not know their relative importance because we were not able to determine the degree to which aneuploidy detection depended on differential amplification. In theory, we might have repeated the experiments with a non–methylation-sensitive isoschizomer of the restriction enzyme; however, no such enzyme is available. Despite the lack of formal proof, we suspect that methylation-dependent differential amplification was crucial, because of our observation noted above that aneuploidy detection improved dramatically when we considered only the 10% of array loci with the largest differential amplification.

Early in our efforts to detect fetal aneuploidy, we hoped to be able to define a set of loci that were very reliably highly methylated in PB DNA and unmethylated in TB DNA. Our experiments comparing PB and TB DNA have shown that the number of loci that are consistently and highly differentially methylated is small. Nonetheless, by assessing a large number of loci and by making use of loci with relatively small mean differences in amplification, we were able to define a set of relatively TB-specific loci. As is shown in Fig. 4, we attempted to improve the detection of aneuploidy be restricting the data analysis to a subset of the data, and this idea proved to be successful, given the improvement in statistical certainty with which trisomy was detected. The true value of this approach can be tested only by progressively reducing the proportion of TB DNA to well below the 10% level used in our experiments.

Two studies have used next-generation sequencing for detecting fetal aneuploidy in maternal plasma DNA samples *(11, 12)*. The method we report is similar in that we detect aneuploidy by simply measuring the overall amount of signal for each chromosome and then comparing it with an unaffected control. The present method uses about 10-fold fewer loci ($3.60 \times 10^5$ vs approximately $3 \times 10^6$) than the sequencing approach but also takes advantage of methylation differences to provide differential amplification. Future studies will be directed at testing aneuploidy detection in samples of maternal blood.

**Author Contributions:** *All authors confirmed they have contributed to the intellectual content of this paper and have met the following 3 requirements: (a) significant contributions to the conception and design,*

*acquisition of data, or analysis and interpretation of data; (b) drafting or revising the article for intellectual content; and (c) final approval of the published article.*

**Authors' Disclosures of Potential Conflicts of Interest:** *Upon manuscript submission, all authors completed the Disclosures of Potential Conflict of Interest form. Potential conflicts of interest:*

**Employment or Leadership:** None declared.
**Consultant or Advisory Role:** S. Brown, Lenetix Medical Screening Laboratories.
**Stock Ownership:** None declared.
**Honoraria:** None declared.

**Research Funding:** This work was supported by an NIH grant, 5R01HD054905, and by a grant from Ansh Technology, LLC.
**Expert Testimony:** None declared.
**Other:** The processes described herein are the subject of a US patent application.

**Role of Sponsor:** The funding organizations played no role in the design of study, choice of enrolled patients, review and interpretation of data, or preparation or approval of manuscript.

**Acknowledgments:** Special thanks are due to Leonard Kellner for extensive discussions and manuscript review.

## References

1. Lo YM. Noninvasive prenatal detection of fetal chromosomal aneuploidies by maternal plasma nucleic acid analysis: a review of the current state of the art. BJOG 2009;116:152–7.
2. Guillaud-Bataille M, Valent A, Soularue P, Perot C, Inda MM, Receveur A, et al. Detecting single DNA copy number variations in complex genomes using one nanogram of starting DNA and BAC-array CGH. Nucleic Acids Res 2004;32:e112.
3. Li LC, Dahiya R. MethPrimer: designing primers for methylation PCRs. Bioinformatics 2002;18:1427–31.
4. Xiong Z, Laird PW. COBRA: a sensitive and quantitative DNA methylation assay. Nucleic Acids Res 1997;25:2532–4.
5. Lisitsyn N, Wigler M. Cloning the differences between two complex genomes. Science 1993;259:946–51.
6. Khulan B, Thompson RF, Ye K, Fazzari MJ, Suzuki M, Stasiek E, et al. Comparative isoschizomer profiling of cytosine methylation: the HELP assay. Genome Res 2006;16:1046–55.
7. Lovmar L, Syvanen AC. Multiple displacement amplification to create a long-lasting source of DNA for genetic studies. Hum Mutat 2006;27:603–14.
8. Lage JM, Leamon JH, Pejovic T, Hamann S, Lacey M, Dillon D, et al. Whole genome analysis of genetic alterations in small DNA samples using hyperbranched strand displacement amplification and array-CGH. Genome Res 2003;13:294–307.
9. Ballif BC, Rorem EA, Sundin K, Lincicum M, Gaskin S, Coppinger J, et al. Detection of low-level mosaicism by array CGH in routine diagnostic specimens. Am J Med Genet 2006;140:2757–67.
10. Lo YM, Lun FM, Chan KC, Tsui NB, Chong KC, Lau TK, et al. Digital PCR for the molecular detection of fetal chromosomal aneuploidy. Proc Natl Acad Sci U S A 2007;104:13116–21.
11. Chiu RW, Chan KC, Gao Y, Lau VY, Zheng W, Leung TY, et al. Noninvasive prenatal diagnosis of fetal chromosomal aneuploidy by massively parallel genomic sequencing of DNA in maternal plasma. Proc Natl Acad Sci U S A 2008;105:20458–63.
12. Fan HC, Blumenfeld YJ, Chitkara U, Hudgins L, Quake SR. Noninvasive diagnosis of fetal aneuploidy by shotgun sequencing DNA from maternal blood. Proc Natl Acad Sci U S A 2008;105:16266–71.