# EXHIBIT 8

**The New York Times** **Reprints**

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.

October 17, 2011

# A Less Risky Down Syndrome Test Is Developed

**By ANDREW POLLACK**

New tests are coming to market that can detect Down syndrome in a fetus using a sample of the mother's blood, potentially reducing the need for riskier invasive tests while also stirring ethical concerns.

Researchers say the new tests may not be reliable enough yet to replace amniocentesis or chorionic villus sampling, two invasive techniques that carry a slight risk of inducing a miscarriage. But they may lower the numbers of women who undergo those tests but then learn their fetus is normal.

"You will have dramatically fewer procedures," said Dr. Stephen A. Brown, an associate professor of obstetrics and gynecology at the University of Vermont who has no financial relationship with any of the companies. "It's a game-changer."

The first new test, which analyzes fetal DNA in the mother's blood, is being offered in 20 major cities starting Monday by Sequenom, a biotechnology company in San Diego whose previous work on a Down syndrome test had been marred by a scandal over manipulating data that resulted in the firings of top officials.

The results of a study published online Monday by the journal Genetics in Medicine showed that Sequenom's new test picked up 98.6 percent of Down syndrome cases.

The false-positive rate — when the test incorrectly said that a baby would have Down syndrome — was 0.2 percent.

"It's better than anything by far that we've ever seen in testing for Down syndrome noninvasively," said Jacob A. Canick, a professor of pathology at Brown University and the senior author of the study.

The test can be used as early as 10 weeks into a pregnancy, though half of the samples tested in the study were from the second trimester, meaning 15 weeks or more.

Another company, Verinata Health, has said it would introduce a similar test in early 2012. Gene Security Network hopes to have a test ready later in 2012.

Sequenom's test, called MaterniT21, would be ordered by doctors, not directly by consumers. All samples will be sent to Sequenom's laboratory for analysis. The test is expected to cost about $1,900, about as much as amniocentesis.

The company said that privately insured women would have to pay $235 out of pocket, with the company assuming the risk of getting insurers to pay the rest. It is not clear how willing insurers will be to cover this test.

Sequenom's test has not been approved by the Food and Drug Administration. The agency has typically not regulated tests that are offered by a single laboratory, although it has said it might start doing so. In New York, the test will not be available immediately because the state has its own approval process.

Similar techniques are already being used to determine the gender of the fetus and paternity. Some people worry that use of such tests early will lead to more abortion of fetuses with minor abnormalities, the wrong sex or an undesired father.

"The number of American women who will have to grapple with this information prenatally will substantially increase," said Dr. Brian G. Skotko of the Down syndrome program at Children's Hospital Boston. His sister has Down syndrome, he said, and he pointed out that these tests could encourage more people to end their pregnancies, causing a decline in the numbers of people with the condition and leading to diminished support for them.

Down syndrome is marked by mild to moderate mental retardation, unusual facial characteristics and various health problems. Most cases occur because a person has three copies of chromosome 21 instead of the usual two.

Many pregnant women undergo preliminary screening using either ultrasound or tests for proteins in the mother's blood, or both. Those deemed at high risk from that screening or because of their age are then offered an invasive test, in which fetal cells are extracted from the womb.

The existing screening tests have a false positive rate as high as 5 percent. The result is that the vast majority of women who undergo an invasive test have a normal baby.

Sequenom said the test was meant for the 750,000 women a year in the United States who are deemed to be at high risk after initial screening. Women who test negative on the new test may feel comfortable skipping the invasive procedure, researchers said.

However, women who test positive would still be advised to undergo the more definitive invasive tests before terminating a pregnancy. "We don't feel it's appropriate to act or make decisions" based solely on the Sequenom test, Dr. Canick said.

Sequenom executives also said they hoped the test would be used by women who choose not to undergo invasive tests because of the risk of miscarriage.

The test has some shortcomings. At least for now, it does not detect other chromosomal abnormalities, including some rare forms of Down syndrome not caused by the triple chromosome.

Down syndrome "only represents 50 percent of all the chromosomal abnormalities that you would identify through amniocentesis or C.V.S.," said Peter Benn, professor of genetics and developmental biology at the University of Connecticut.

Another drawback, Dr. Benn said, would be the estimated wait for test results that could take up to two weeks, delaying amniocentesis and leaving less time to terminate a pregnancy.

Sequenom could also face heightened skepticism because of its past problems. The company was preparing to introduce another prenatal Down syndrome test in 2009 when it abruptly announced that the data it had promoted to investors could no longer be trusted.

It turned out that a top research official had known which samples were positive and negative and had told subordinates to adjust the parameters of the test to improve its accuracy.

Five executives, including the chief executive and the research official, were fired. The research official, Elizabeth A. Dragon, pleaded guilty to conspiracy to commit securities fraud. (She died this February, before sentencing.)

Sequenom's stock, which had been over $25 early in 2009, collapsed after the scandal. On Monday it rose 24 cents to close at $5.56.

With a new testing technique and new management, Sequenom is trying to establish credibility by having the results of its study published Monday in the medical journal. The company paid for the study and some authors of the paper are employees. Dr. Canick and the other lead investigator were paid consultants to Sequenom, but ended those relationships when the study started.

The study used blood samples from pregnant women who were about to undergo an invasive test.

The Sequenom test correctly identified 209 of the 212 Down syndrome samples, a rate of 98.6 percent. It incorrectly characterized three of 1,471 negative samples as showing Down syndrome. The test could not determine any answer for 13 pregnancies, or about 0.8 percent of cases.

The test counts small fragments of DNA in the mother's blood. While most of this DNA is from the mother, some is from the fetus. Sequenom uses high-speed gene sequencers to determine the sequence of millions of the fragments. Using knowledge of the human genome, it determines which chromosome each fragment comes from. If the fetus has three copies of chromosome 21, there will be more than the expected number of fragments coming from chromosome 21.

One of the first papers on this approach was published in 2008 by Stephen Quake, a professor of bioengineering and applied physics at Stanford. Verinata has the rights to his discoveries, setting up a potential patent battle with Sequenom.

Professor Quake said that by increasing the number of fragments counted, it would be possible to prenatally diagnose abnormalities that do not involve entire extra chromosomes, even single mutations that cause

diseases like cystic fibrosis.

Gene Security Network and another company, Tandem Diagnostics, are developing tests using somewhat different genetic analysis techniques. Other researchers are trying to use intact fetal cells, as opposed to DNA fragments. But such cells are extremely rare in the mother's blood.