IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC. ET AL, | No. C 12-00865 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SEQUENOM, INC. ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS **SHALL** be filed by ; August 15, 2014

Opp. Due August 29, 2014 ; Reply Due September 5, 2014 ;

and set for hearing no later than September 19, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 21, 2014 at 3:30 PM.

JURY TRIAL DATE: November 3, 2014 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall submit a further litigation schedule.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/15/13

SUSAN ILLSTON
United States District Judge