WEIL, GOTSHAL & MANGES LLP
Edward R. Reines (135960)
(edward.reines@weil.com)
Derek C. Walter (246322)
(derek.walter@weil.com)
Michele A. Gauger (281769)
(michele.gauger@weil.com)
Anant N. Pradhan (287227)
(anant.pradhan@weil.com)
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiffs and Counterclaim
Defendants
VERINATA HEALTH, INC. and
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY

KAYE SCHOLER LLP
Michael J. Malecek (171034)
(michael.malecek@kayescholer.com)
Peter E. Root (142308)
(peter.root@kayescholer,com)
Stephen C. Holmes (200727)
(stephen.holmes@kayescholer.com)
Two Palo Alto Square,
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:     (650) 319-4500
Facsimile:     (650) 319-4700

Attorneys for Defendants and Counterclaim-
Plaintiffs
SEQUENOM, INC. and
SEQUENOM CENTER FOR MOLECULAR
MEDICINE LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

VERINATA HEALTH, INC. and
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY

             Plaintiffs,

    v.

SEQUENOM, INC., and SEQUENOM
CENTER FOR MOLECULAR MEDICINE
LLC,

             Defendants/Counterclaim-
             Claimants,

    v.

VERINATA HEALTH, INC. and
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY,

             Counterclaim-Defendants,
and

ISIS INNOVATION LIMITED

             Nominal Counterclaim-
             Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:12-cv-00865-SI


**STIPULATION AND [PROPOSED]
ORDER REGARDING CUSTODIAL
DISCOVERY DEADLINE**

Judge: Hon. Susan Illston

1    Plaintiffs and Counterclaim-Defendants Verinata Health, Inc. ("Verinata"), The Board of

2  Trustees of the Leland Stanford Junior University ("Stanford"), and Defendants and Counterclaim-

3  Plaintiffs Sequenom. Inc. and Sequenom Center for Molecular Medicine, LLC ("Sequenom"),

4  (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate as

5  follows:

6    WHEREAS, the Parties previously agreed to complete production of custodial documents

7  by March 7, 2014,

8    WHEREAS, the Parties have agreed to continue producing custodial documents on a

9  rolling basis,

10    WHEREAS, the Parties have agreed to complete production of all custodial documents by

11  March 27, 2014,

12    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through

13  their respective counsel, and subject to the Court's approval, that the deadline to complete

14  production of custodial documents is extended to March 27, 2014.

15    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

16

17    Respectfully submitted,

18  Dated:  March 13, 2014    WEIL, GOTSHAL & MANGES LLP

19

20    By:___*/s/ Derek C. Walter*_____
          Derek C. Walter
21        Attorneys for Plaintiffs
          Verinata Health, Inc. and The Board
22        of Trustees of the Leland Stanford
          Junior University

23  Dated:  March 13, 2014    KAYE SCHOLER LLP

24

25    By:___*/s/ Michael Malecek*_____
          Michael Malecek
26        Attorneys for Defendants and
          Counterclaim Plaintiffs
27        Sequenom, Inc. and Sequenom
          Center for Molecular Medicine LLC

28

1

**<u>CERTIFICATION</u>**

2

I, Derek C. Walter, am the ECF User whose identification and password are being used to

3

file this Stipulation.  In compliance with General Order 45.X.B, I hereby attest that Michael

4

Malecek has concurred in this filing.

5

Dated:  March 13, 2014

*/s/ Derek C. Walter*
Derek C. Walter

6

7

8

**IT IS SO ORDERED.**

9

10

Dated:_____ 3/13/14

_____

11

Honorable Susan Illston
United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28