IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>SEQUENOM, INC., et al.,<br><br>            Defendants.<br>                                                              / | No. C 12-00865 SI<br><br>**ORDER RE: DISCOVERY LETTER** |

On May 30, 2014, plaintiffs filed a non-joint discovery letter requesting an order compelling defendants to produce all allegedly privileged correspondence related to the filing and prosecution of the patent applications at issue in Interference No. 105,923. Docket No. 190. In the letter, plaintiffs explain that they were unable to file a joint letter because May 30, 2014 was the deadline in this case for filing discovery motions. Accordingly, the Court ORDERS defendants to file their portion of the discovery letter responding to plaintiffs' arguments by **Friday, June 6, 2014**.

**IT IS SO ORDERED.**

Dated: June 2, 2014

SUSAN ILLSTON
United States District Judge