IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERINATA HEALTH, INC., et al.,

    Plaintiffs,

  v.

SEQUENOM, INC., et al.,

    Defendants.

No. C 12-00865 SI

**ORDER DENYING AS MOOT PLAINTIFFS' MOTION REGARDING SERVICE**

On May 20, 2014, plaintiffs filed a first supplemental complaint, adding Chinese University of Hong Kong ("CUHK") as a defendant. Docket No. 186. On June 12, 2014, plaintiffs filed a motion for an order confirming service upon CUHK by publication or, in the alternative, for an order directing CUHK's counsel to accept service on behalf of CUHK. Docket No. 201. On June 16, 2014, CUHK filed a response stating that it agrees to accept service of the first amended complaint and summons effective June 12, 2014 provided that the Court issues an order stating that CUHK has until July 14, 2014 to file a response to the first supplemental complaint. Docket No. 202. For good cause, the Court GRANTS CUHK's request and ORDERS that CUHK's response to the first supplemental complaint must be filed by **July 14, 2014.** Because service has now been accepted by CUHK, the Court DENIES AS MOOT plaintiff's motion. Docket No. 201.

    **IT IS SO ORDERED.**

Dated: June 17, 2014

                                                           SUSAN ILLSTON
                                                           United States District Judge