Robert F. McCauley (SBN: 162056)
Robert.mccauley@finnegan.com
Lily Lim (SBN: 214536)
Lily.lim@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Defendant
Chinese University of Hong Kong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CHINESE UNIVERSITY HONG KONG,<br><br>                    Defendant.<br><br>     and<br><br>SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,<br><br>                    Defendants/Counterclaim-<br>                    Plaintiffs,<br><br>          v.<br><br>VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>                    Counterclaim-Defendants.<br><br>     and<br><br>ISIS INNOVATION LIMITED.,<br><br>                    Nominal Counterclaim-<br>                    Defendant. | CASE NO. 3:12-cv-00865-SI<br><br>**STIPULATION TO RESCHEDULE HEARING ON MOTION FOR RECONSIDERATION**<br><br>~~**[PROPOSED]**~~ **ORDER** |

1   In view of a scheduled family vacation and pre-purchased plane tickets, Defendant Chinese

2   University Hong Kong ("CUHK"), Defendants Sequenom, Inc. and Sequenom Center For Molecular

3   Medicine, LLC ("Sequenom"), and Plaintiffs Verinata Health, Inc. and the Board of Trustees of the

4   Leland Stanford Junior University ("Plaintiffs") respectfully jointly stipulate, with the Court's

5   permission, to reschedule the hearing on CUHK's Motion for Reconsideration of the Court's June

6   10, 2014 of Waiver of Privilege from August 8, 2014 (Dkt. No. 209) to one of the following dates, at

7   the convenience of the Court:  Friday, August 22, 2014, or one of the following days (which are not

8   Fridays): August 11, 12, or 13, 2014, or another date convenient to the Court.

9   Many months ago, Robert F. McCauley, counsel for CUHK, scheduled a family vacation (for

10   which he pre-purchased plane tickets) and will not be in California on August 8, 2014.

11   The rescheduling of the hearing will not prejudice any of the parties and will not affect any

12   of the other dates on the Court's schedule regarding the Motion for Reconsideration.

13   Accordingly, the parties respectfully request that the hearing on CUHK's Motion for

14   Reconsideration be continued to August 11, 12, 13, or 22, or another date at the Court's

15   convenience.

16   By his signature below, counsel for CUHK swears under penalty of perjury that counsel for

17   the other parties concurred in the filing of this document.

18

19

20

21

22

23

24

25

26

27

28

Dated: July 7, 2014

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP


By:   */s/ Robert F. McCauley*
    Robert F. McCauley
    Attorneys for Defendant
    Chinese University of Hong Kong

Dated: July 7, 2014

WEIL GOTSHAL & MANGES LLP


By:   */s/ Derek C. Walter*
    Derek C. Walter
    Attorneys for Plaintiffs
    Verinata Health, Inc. and The Board of Trustees of
    the Leland Stanford Junior University

Dated: July 7, 2014

KAYE SCHOLER LLP


By:   */s/ Michael Malacek*
    Michael Malacek
    Attorneys for Defendants/Counterclaim Plaintiffs
    Sequenom, Inc., and Sequenom Center For
    Molecular Medicine, LLC

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefore, the Court hereby ORDERS that the hearing on CUHK's Motion for Reconsideration of the Court's June 10, 2014 of Waiver of Privilege shall be continued from August 8, 2014, to ____22____, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____7/7/14_____

_____
The Honorable Susan Illston
United States District Judge