1  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
2  DEREK C. WALTER (Bar No. 246322)
   derek.walter@weil.com
3  Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
6
7  Attorneys for Plaintiffs/Counterclaim-Defendants
   VERINATA HEALTH, INC. and
8  THE BOARD OF TRUSTEES OF THE LELAND
   STANFORD JUNIOR UNIVERSITY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br>             Plaintiffs, <br><br>        v. <br><br> CHINESE UNIVERSITY HONG KONG, <br><br>             Defendant, <br><br>        and <br><br> SEQUENOM, INC. and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC, <br><br>             Defendants/Counterclaim-Plaintiffs, <br><br>        v. <br><br> VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br>             Counterclaim-Defendants, <br><br>        and <br><br> ISIS INNOVATION LIMITED, <br><br>             Nominal Counterclaim-Defendant. | Case No. 12-cv-00865-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Judge:       Hon. Susan Illston |

1  Verinata Health, Inc. ("Verinata"), The Board of Trustees of the Leland Stanford Junior
2  University ("Stanford"), Sequenom, Inc. and Sequenom Center for Molecular Medicine LLC
3  (together "Sequenom"), and Chinese University of Hong Kong ("CUHK") (collectively, the
4  "Parties") by and through their respective counsel of record, hereby stipulate as follows:

5  WHEREAS, the Parties have agreed to reschedule the Further Case Management
6  Conference set for July 11, 2014 at 3:00 PM to August 1, 2014 at 3:00 PM;

7  WHEREAS, the Court has confirmed that it is available for a Further Case Management
8  Conference on August 1, 2014 at 3:00 PM;

9  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
10 their respective counsel, that the Further Case Management Conference set for July 11, 2014 at
11 3:00 PM be continued to August 1, 2014 at 3:00 PM.

12 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

14 Dated: July 8, 2014     WEIL, GOTSHAL & MANGES LLP

16 By: */s/ Derek C. Walter*
    Derek C. Walter
17  Attorneys for Plaintiffs
    Verinata Health, Inc. and The Board
18  of Trustees of the Leland Stanford
    Junior University

20 Dated: July 8, 2014     KAYE SCHOLER LLP

22 By: */s/ Michael Malecek*
    Michael Malecek
23  Attorneys for Defendants and
    Counterclaim Plaintiffs
24  Sequenom, Inc. and Sequenom
    Center for Molecular Medicine LLC

| | |
|---|---|
| 1  Dated: July 8, 2014 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |

Dated: July 8, 2014

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ Robert F. McCauley*
    Robert F. McCauley
    Attorneys for Defendant Chinese University of Hong Kong

**CERTIFICATION**

I, Derek C. Walter, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B, I hereby attest that Michael Malecek and Robert F. McCauley have concurred in this filing.

    */s/ Derek C. Walter*
    Derek C. Walter

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/9/14

Honorable Susan Illston
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR FURTHER CASE
MANAGEMENT CONFERENCE
    - 3 -    Case No 3:12-cv-00865-SI