|   |   |   |
|---|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP<br>Edward R. Reines (135960) | KAYE SCHOLER LLP<br>Michael J. Malecek (171034) |
| 2 | (edward.reines@weil.com)<br>Silicon Valley Office | (michael.malecek@kayescholer.com)<br>Two Palo Alto Square |
| 3 | 201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | 3000 El Camino Real, Suite 400<br>Palo Alto, California 94306 |
| 4 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 | Telephone:     (650) 319-4500<br>Facsimile:      (650) 319-4700 |
| 5 |   |   |
| 6 | Attorneys for Plaintiffs and Counterclaim-<br>Defendants | Attorneys for Defendants and Counterclaim-<br>Plaintiffs |
| 7 | VERINATA HEALTH, INC. and<br>THE BOARD OF TRUSTEES OF THE<br>LELAND STANFORD JUNIOR UNIVERSITY | SEQUENOM, INC. and<br>SEQUENOM CENTER FOR MOLECULAR<br>MEDICINE LLC |
| 8 |   |   |
| 9 |   | FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP |
| 10 |   | Robert F. McCauley (162056)<br>Stanford Research Park |
| 11 |   | 3300 Hillview Avenue<br>Palo Alto, CA 94304 |
| 12 |   | Telephone:     (650) 849 6600<br>Facsimile:      (650) 849 6666 |
| 13 |   | Attorneys for Defendant |
| 14 |   | THE CHINESE UNIVERSITY OF HONG<br>KONG |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|   |   |   |
|---|---|---|
| 18 | VERINATA HEALTH, INC., and THE BOARD<br>OF TRUSTEES OF THE LELAND STANFORD | CASE NO. 3:12-cv-00865-SI |
| 19 | JUNIOR UNIVERSITY, | **PROPOSED STIPULATED CASE<br>SCHEDULE; [PROPOSED] ORDER** |
| 20 | Plaintiffs, |   |
| 21 | v. |   |
| 22 | THE CHINESE UNIVERSITY OF HONG<br>KONG, |   |
| 23 | Defendant, | Hon. Susan Illston |
| 24 | and |   |
| 25 | SEQUENOM, INC., and SEQUENOM CENTER<br>FOR MOLECULAR MEDICINE, LLC, |   |
| 26 | Defendants/Counterclaim-<br>Plaintiffs, |   |
| 27 |   |   |
| 28 | v. |   |

[PROPOSED] STIPULATED CASE SCHEDULE                                                                       Case No. 3:12-cv-00865-SI

1  VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD
2  JUNIOR UNIVERSITY,
3              Counterclaim-Defendants,
4      and
5  ISIS INNOVATION LIMITED,
6              Nominal Counterclaim-Defendant.

Further to the Court's May 14, 2014 Order permitting the filing of the First Supplemental Complaint, the parties Verinata Health, Inc. ("Verinata"), The Board of Trustees of the Leland Stanford Junior University ("Stanford"), Sequenom, Inc. and Sequenom Center for Molecular Medicine LLC (together "Sequenom"), and The Chinese University of Hong Kong ("CUHK") jointly submit this statement and stipulation regarding the case schedule and future conduct of the case.

## I.   PRELIMINARY STATEMENT

The parties in this action have met and conferred, and have agreed to the case schedule and future conduct of the case presented below. The parties respectfully request that the Court modify the current pretrial and trial schedule to take into account new party CUHK and the new issues raised in the First Supplemental Complaint. The parties propose that the § 146 issues be tried in a bench trial by the Court (if necessary)[1] before the jury trial.

The parties agree that the sole issue to be tried during the § 146 proceeding is whether Stanford's U.S. Patent No. 8,008,018 and U.S. Patent Application No. 12/393,833 satisfy the written description requirement for Stanford's claims. In the event CUHK prevails on this issue, the parties agree the Court will order that the judgments entered in Interference Nos. 105,920, 105,923, and 105,924 are affirmed. In the event Verinata and Stanford prevail on this issue, the parties agree that the Court will order priority of invention in favor of Quake for the subject matter of the Counts in the interferences. The parties also agree that under either outcome they will not seek remand to the U.S. Patent and Trademark Office for consideration of additional issues raised in the interferences, and they further agree that the Court's decision in the § 146 proceeding shall be appealable.

The parties respectfully request that the Court vacate the currently scheduled dates and order the revised schedule proposed herein by the parties. The parties respectfully request that the Court set February 23, 2015 (the date previously scheduled for trial in *Verinata Health, Inc. et al. v. Ariosa Diagnostics, Inc. et al*. Case No. 12-cv-05501) as the date for the bench trial (if required) or the jury

---

[1] The parties acknowledge the possibility that the court may resolve the § 146 issue on summary judgment.

trial for all remaining claims. In the event that a bench trial is needed, the parties respectfully request that the jury trial follow immediately after the bench trial. The parties respectfully propose that the time/deadlines for pretrial preparation would be extended consistent with the new trial dates.

The parties have agreed and propose that the Court order as follows:

I. With respect to the § 146 issues, the parties agree and respectfully request the Court to order that:

　　a. There will be no new fact discovery regarding the § 146 issues absent good cause shown. In the event that good cause is shown and further fact discovery is taken, the schedule set forth below may need to be extended accordingly.

　　b. The records from Interference Nos. 105,920, 105,923, and 105,924 will be entered into evidence in this action and may also be utilized for the purposes of the § 146 issues ("the PTAB Record").

　　c. CUHK may submit an expert report in support of its positions on the § 146 issues, and Verinata/Stanford may submit a rebuttal report. After reviewing Stanford/Verinata's rebuttal report, CUHK may decide to submit a rebuttal report to Stanford/Verinata's rebuttal report. Fact and expert witness discovery previously scheduled or taken in this matter may be utilized for the purposes of the § 146 issues.

II. CUHK and Verinata/Stanford have further agreed that in consideration for agreeing to proceed as set out herein, and if their agreement is approved by the Court, CUHK will consent to personal jurisdiction in this District for purposes of the § 146 action. In further consideration, Verinata/Stanford will dismiss without prejudice Action No. 1:14-cv-688 filed on June 9, 2014 in the Eastern District of Virginia relating to the § 146 issues.

III. Unless Sequenom and/or CUHK successfully obtain a summary judgment of invalidity of U.S. Patent No. 8,008,018, the § 146 issues will be tried to the Court in a bench trial (before the jury trial) scheduled for February 23, 2015. Subject to the outcome of motions for summary judgment, any remaining issues of infringement,

validity, willfulness, and damages, will be tried to a jury immediately after any bench trial. To the extent a bench trial is unnecessary, the jury trial will be scheduled to commence on February 23, 2015.

II. **STIPULATED CASE SCHEDULE**

| Event | Date |
|---|---|
| CUHK expert report on § 146 issues | August 29, 2014 |
| Verinata/Stanford rebuttal expert report on § 146 issues | September 9, 2014 |
| CUHK rebuttal expert report on § 146 issues (optional to CUHK) | September 16, 2014 |
| Expert discovery cutoff | September 26, 2014 |
| Last day to file dispositive motions | October 10, 2014 |
| Last day to file dispositive motion opposition briefs Civil L.R. 7-3(a) | October 24, 2014 |
| Last day to file dispositive motion reply briefs Civil L.R. 7-3(c) | October 31, 2014 |
| Dispositive Motion Hearing | November 14, 2014 |
| Last day to file Joint Pretrial Conference Statement, trial witness list and summary of proposed testimony, deposition and written discovery designations, jury instructions, admissibility stipulations, motions *in limine*, and trial exhibits/objections. Judge Illston's Pretrial Instruction Nos. 1, 2, 3, 5(b), 6 | January 27, 2015 |
| Last day to file responses to motions *in limine*. Judge Illston's Pretrial Instruction No. 6 | February 3, 2015 |
| Pretrial Conference | February 10, 2015 |

| Event | Date |
|---|---|
| Bench trial | February 23 - February 24, 2015 |
| Jury trial | February 23, 2015 or immediately following bench trial |

                         Respectfully submitted,

Dated: July 24, 2014          WEIL, GOTSHAL & MANGES LLP


By:   /s/ Derek C. Walter
        Derek C. Walter
Attorneys for Plaintiffs
Verinata Health, Inc. and The Board
of Trustees of the Leland Stanford
Junior University


Dated: July 24, 2014          KAYE SCHOLER LLP


By:   /s/ Michael Malecek
        Michael Malecek
Attorneys for Defendants and
Counterclaim Plaintiffs
Sequenom, Inc. and Sequenom
Center for Molecular Medicine LLC


Dated: July 24, 2014          FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP


By:   /s/ Robert F. McCauley
        Robert F. McCauley
Attorneys for Defendants
The Chinese University of Hong Kong

**CERTIFICATION**

I, Derek C. Walter, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B, I hereby attest that all signatories listed and on whose behalf the filing is submitted, have concurred in this filing.

*/s/ Derek C. Walter*
Derek C. Walter

**IT IS SO ORDERED.**

Dated: 7/25/14

Honorable Susan Illston
United States District Court Judge