UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SEQUENOM, INC., et al.,<br><br>　　　　　Defendants. | Case No.  12-cv-00865-SI<br><br>**ORDER RE: MOTIONS TO SEAL**<br><br>Re: Dkt. No. 355 |

On April 29, 2015, the Court granted in part and denied in part the parties motions to seal eighteen separate documents. Docket No. 350. The Court denied the parties motion as to six documents, noting that the parties had failed to "narrowly tailor" their request as required by Civ. L.R. 79-5(b). On May 6, 2015, the parties filed a motion to seal, seeking to seal these six documents. The Court finds that this renewed motion to seal is sufficiently narrowly tailored, thus complying with the Local Rules, and the Court's previous order. Accordingly, the Court **GRANTS** the parties motion to seal.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
SUSAN ILLSTON
United States District Judge