UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEQUENOM, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-00865-SI<br><br>**ORDER RE: STATUS OF BIOGEN CASE** |

On February 2, 2015, the Court denied cross-motions for summary judgment filed by Sequenom and CHUK, and *sua sponte* stayed the action pending the Federal Circuit's resolution of the appeal from *Biogen Idec MA, Inc. v. Japanese Found. for Cancer Research*, No. CIV. 13-13061-FDS, 2014 WL 2167677 (D. Mass. May 22, 2014), which found that the proper forum for § 146 appeals from PTAB interference proceedings declared *after* September 16, 2012 is the Federal Circuit, not a district court. Docket No. 345. This Court found that if the Federal Circuit affirmed the *Biogen* ruling, it would likely deprive this Court of subject matter jurisdiction over this case. On May 7, 2015, the Federal Circuit affirmed, thereby depriving this Court of subject matter jurisdiction. *Biogen MA, Inc. v. Japanese Found. for Cancer Research*, 785 F.3d 648 (Fed. Cir. 2015).

On May 8, 2015, CHUK filed a letter requesting that the Court dismiss this action with prejudice. Docket No. 365. In a reply, Stanford urged the Court to postpone any action until the time for initiating *en banc* review had expired, and that in any event, dismissal was an improper remedy. Docket No. 357.

The Court hereby **ORDERS** the parties to file a joint statement no later than July 1, 2015 informing the Court as to the status of the *Biogen* case, and in particular, whether the time for

initiating *en banc* review has expired. In the event that the Federal Circuit will not rehear the case, the Court intends to transfer this action to the Federal Circuit.

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
SUSAN ILLSTON
United States District Judge