1
2
3
4
5
6                       UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9    VERINATA HEALTH, INC., et al.,

                Plaintiffs,                    Case No.  12-cv-00865-SI
10

11        v.                                   ORDER TRANSFERRING CASE TO
                                               FEDERAL CIRCUIT
12   SEQUENOM, INC., et al.,

13              Defendants.

14

15

16        On February 2, 2015, the Court denied cross-motions for summary judgment filed by

17   Stanford and CHUK, and *sua sponte* stayed the action pending the Federal Circuit's resolution of

18   the appeal from *Biogen Idec MA, Inc. v. Japanese Found. for Cancer Research*, No. CIV. 13-

19   13061-FDS, 2014 WL 2167677 (D. Mass. May 22, 2014), which found that the proper forum for

20   § 146 appeals from PTAB interference proceedings declared *after* September 16, 2012 is the

21   Federal Circuit, not a district court. Docket No. 345. This Court found that if the Federal Circuit

22   affirmed the *Biogen* ruling, it would likely deprive this Court of subject matter jurisdiction over

23   this case. On May 5, 2015, the Court denied Stanford's motion for reconsideration of its decision

24   to stay the litigation. Docket No. 351. Two days later, the Federal Circuit affirmed, thereby

25   depriving this Court of subject matter jurisdiction. *Biogen MA, Inc. v. Japanese Found. for Cancer

26   Research*, 785 F.3d 648 (Fed. Cir. 2015). On August 25, 2015, the parties informed the Court that

27   the Federal Circuit had denied appellant's petition for rehearing *en banc*. Docket No. 362.

28        When a court lacks jurisdiction over a case before it, it may, pursuant to 28 U.S.C. § 1631,

United States District Court
Northern District of California

"transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed." Accordingly, the Court transfers Stanford's appeal of Interferences 105,920, 105,923, and 105,924 to the Federal Circuit.

      **IT IS SO ORDERED**.

Dated: August 27, 2015

_____
SUSAN ILLSTON
United States District Judge